B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cimala, Robert L** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**McLaughlin, Ellen E** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Ellen M Cimala; AKA Ellen McLaughlin Cimala** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1826** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3820** |
| Street Address of Debtor (No. and Street, City, and State):<br>**6201 S. Grant Street**<br>**Burr Ridge, IL**       ZIP Code **60527** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**6201 S. Grant Street**<br>**Burr Ridge, IL**       ZIP Code **60527** |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business:<br>**DuPage** |
| Mailing Address of Debtor (if different from street address):<br>       ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>       ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)  (Check one box)
- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- □ Corporation (includes LLC and LLP)
- □ Partnership
- □ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- □ Health Care Business
- □ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- □ Railroad
- □ Stockbroker
- □ Commodity Broker
- □ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- □ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- □ Chapter 9
- □ Chapter 11
- □ Chapter 12
- □ Chapter 13
- □ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- □ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- □ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- □ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- □ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- □ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- □ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- □ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- □ A plan is being filed with this petition.
- □ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- □ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| □<br>1-49 | □<br>50-99 | □<br>100-199 | □<br>200-999 | □<br>1,000-5,000 | □<br>5,001-10,000 | □<br>10,001-25,000 | □<br>25,001-50,000 | □<br>50,001-100,000 | □<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| □<br>$0 to $50,000 | □<br>$50,001 to $100,000 | □<br>$100,001 to $500,000 | □<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | □<br>$10,000,001 to $50 million | □<br>$50,000,001 to $100 million | □<br>$100,000,001 to $500 million | □<br>$500,000,001 to $1 billion | □<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| □<br>$0 to $50,000 | □<br>$50,001 to $100,000 | □<br>$100,001 to $500,000 | □<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | □<br>$10,000,001 to $50 million | □<br>$50,000,001 to $100 million | □<br>$100,000,001 to $500 million | □<br>$500,000,001 to $1 billion | □<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(12/11)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Cimala, Robert L**<br>**McLaughlin, Ellen E** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br> Signature of Attorney for Debtor(s)              (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Cimala, Robert L**
**McLaughlin, Ellen E**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Robert L Cimala**

Signature of Debtor **Robert L Cimala**

**X** **/s/ Ellen E McLaughlin**

Signature of Joint Debtor **Ellen E McLaughlin**

Telephone Number (If not represented by attorney)

**February 2, 2012**
Date

#### Signature of Attorney*

**X** **/s/ Chester H. Foster, Jr. ARDC#**

Signature of Attorney for Debtor(s)

**Chester H. Foster, Jr. ARDC# 03122632**
Printed Name of Attorney for Debtor(s)

**Foster & Smith**
Firm Name

**3825 W. 192nd Street**
**Homewood, IL 60430**

Address

**Email: chf@fostersmithlaw.com**
**708-799-6300  Fax: 708-799-6339**
Telephone Number

**February 2, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**

Signature of Foreign Representative

Printed Name of Foreign Representative

Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Robert L Cimala**
       **Ellen E McLaughlin**

                         Debtor(s)

Case No.

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Robert L Cimala**
_____
**Robert L Cimala**

Date:    **February 2, 2012**
_____

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Robert L Cimala**
       **Ellen E McLaughlin**
                        Debtor(s)

Case No. _____

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

   ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
       ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
       ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
       ☐ Active military duty in a military combat zone.

   ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

      **I certify under penalty of perjury that the information provided above is true and correct.**

       Signature of Debtor:   **/s/ Ellen E McLaughlin**
                             **Ellen E McLaughlin**
       Date:   **February  2, 2012**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Robert L Cimala,**
       **Ellen E McLaughlin**

                               Debtors

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 2,296,875.00 | | |
| B - Personal Property | Yes | 5 | 2,075,941.80 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 4,601,908.66 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 219,064.47 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 28 | | 3,964,948.04 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 19 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 44,617.88 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 75,840.91 |
| Total Number of Sheets of ALL Schedules | | 65 | | | |
| Total Assets | | | 4,372,816.80 | | |
| Total Liabilities | | | | 8,785,921.17 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Robert L Cimala,**
**Ellen E McLaughlin**

Case No. _____

_____ ,

Debtors

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

.

In re   **Robert L Cimala,**
**Ellen E McLaughlin**                                                     Case No. _____

                                                                                    ,
                              Debtors

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a
cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for
the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W,"
"J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under
"Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and
Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity
claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or
if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Debtors' homestead.**<br>**Location: 6201 S. Grant Street, Burr Ridge IL 60527** | **Tenants By The Entirety** | - | **2,250,000.00** | **4,014,447.56** |
| **Deeded fractional interest in vacation condominium. Unit 3405, Ritz Carlton Club Bachelor Gulch, 100 Bachelor Gulch Trail, Bachelor Gulch Village, CO 81620** | **Tenant in Common** | J | **46,875.00** | **261,884.03** |

|  | Sub-Total > | **2,296,875.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **2,296,875.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re   **Robert L Cimala,**
**Ellen E McLaughlin**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on hand carried by Debtors.** | J | 190.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account located at Citizens Financial Bank, Dyer IN.** | J | 584.30 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous household goods and furnishings.** | J | 5,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Personal clothing.** | J | 1,000.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **1 45 caliber Smith & Wesson handgun.** | J | 500.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Protective Life Insurance Company (Policy #1373) Customer Service Post Office Box 12687 Birmingham, AL  35202-6687** <br><br> **Death Benefit Amount:   $3,000,000 Beneficiary: Ellen E. McLaughlin Trust Dated August 29, 1990, as Amended** <br><br> **NO CASH SURRENDER VALUE** | W | 0.00 |

Sub-Total >          **7,274.30**
(Total of this page)

__4__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re      **Robert L Cimala,**
    **Ellen E McLaughlin**
                Debtors

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2.Northwestern Mutual Insurance Company (Policy # 7-931)**<br>**720 East Wisconsin Avenue**<br>**Milwaukee, WI  53202**<br><br>**Death Benefit Amount:  $1,000,000**<br>**Beneficiary: Ellen E. McLaughlin Trust Dated August 29, 1990, as Amended**<br><br>**NO CASH SURRENDER VALUE** | W | 0.00 |
| | | **Life Insurance Company of North America (Policy # 3069)**<br>**1601 Chestnut Street**<br>**Philadelphia, PA  19192-2235**<br><br>**Death Benefit:  $1,000,000**<br>**Beneficiary: Ellen E. McLaughlin Trust Dated August 29, 1990, as Amended**<br><br>**NO CASH SURRENDER VALUE** | W | 0.00 |
| | | **Life Insurance Company of North America (Policy # 3070)**<br>**1601 Chestnut Street**<br>**Philadelphia, PA  19192-2235**<br><br>**Death Benefit:  $1,000,000**<br>**Beneficiary: Ellen E. McLaughlin Trust Dated August 29, 1990, as Amended** | W | 0.00 |
| | | **Protective Life Insurance Company Policy # E00331370**<br>**Customer Service**<br>**Post Office Box 12687**<br>**Birmingham, AL  35202-6687**<br><br>**Death Benefit:  $3,000,000**<br>**Beneficiary: Robert L. Cimala Trust Dated August 29, 1990, as Amended**<br><br>**NO CASH SURRENDER VALUE** | H | 0.00 |

Sub-Total >          **0.00**
(Total of this page)

Sheet  __1__  of  __4__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Robert L Cimala,**
      **Ellen E McLaughlin**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Northwestern Mutual Insurance Company (Policy 7-949) 720 East Wisconsin Avenue Milwaukee, WI  53202 **Death Benefit Amount:  $1,000,000** **Beneficiary:       Robert L. Cimala Trust Dated August 29, 1990, as Amended** **NO CASH SURRENDER VALUE** | J | 0.00 |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Seyfarth Shaw Retirement Plan for Partners FBO Ellen McLaughlin held by Morgan Stanley, Deerfield, IL | W | 353,355.37 |
| | | Charles Schwab Trust Company, Trustee for Seyfarth Shaw retirement Plan for Partners FBO Ellen McLaughlin, Charles Schwab Trust Company, San Francisco, CA . | W | 121,271.98 |
| | | 401(k) Plan Charles Schwab Trust Company, San Francisco CA ($50,000 loan against this account) being paid back monthly) | W | 359,498.15 |
| | | Seyfarth Shaw LLP Defined Benefit Retirement Plan | W | 943,837.00 |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% ownership interest in Legacy Home Builders, Inc., an insolvent Illinois corporation. | H | 100.00 |
| | | 100% ownership interest in RLC Investments, LLC, an insolvent Illinois Limited Liability Company. | H | 100.00 |
| | | 100% ownership interest in Legacy Development and Contruction, Inc., an insolvent Illinois corporation. | H | 100.00 |
| 14.  Interests in partnerships or joint ventures. Itemize. | | Partner in law firm Seyfarth Shaw LLP, Chicago IL (This partnership interest cannot be pledged in any manner)  Capital account valued at $266,000 | W | Unknown |

Sub-Total >    **1,778,262.50**
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Robert L Cimala,**
      **Ellen E McLaughlin**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2011 Seyfarth Shaw partnership distribution be paid to Ellen in April, 2012.  The final amount of this distribution has not been determined. The debtors' best estimate is that the distribution will equal to or less than the market value listed.** | J | 256,405.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Estimated liquidation value of $47,500 of membership at Ruth Lake Country Club, 6200 S. Madison Street, Hinsdale, IL 60521, if debtors are forced to forfeit membership.** | J | **Unknown** |
| | | **50% (undocumented) ownership interest in Westin Time Share in Cabo San Lucas Mexico.** | J | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >    **256,405.00**
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Robert L Cimala,**
         **Ellen E McLaughlin**                                              Case No. _____

                                    _____,
                                              Debtors
                      **SCHEDULE B - PERSONAL PROPERTY**
                                        (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2010 Lexus RX 350** | **W** | **34,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Lease on 2010 BMW 750i** | **W** | **Unknown** |

|  | Sub-Total > | **34,000.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **2,075,941.80** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re     **Robert L Cimala,**                                              Case No. _____
          **Ellen E McLaughlin**
                                                        ,
                              Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐  11 U.S.C. §522(b)(2)                                                  *with respect to cases commenced on or after the date of adjustment.)*
■  11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash on hand carried by Debtors. | 735 ILCS 5/12-1001(b) | 190.00 | 190.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking account located at Citizens Financial Bank, Dyer IN. | 735 ILCS 5/12-1001(b) | 584.30 | 584.30 |
| **Household Goods and Furnishings** | | | |
| Miscellaneous household goods and furnishings. | 735 ILCS 5/12-1001(b) | 5,000.00 | 5,000.00 |
| **Wearing Apparel** | | | |
| Personal clothing. | 735 ILCS 5/12-1001(a) | 1,000.00 | 1,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| 1 45 caliber Smith & Wesson handgun. | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Seyfarth Shaw Retirement Plan for Partners FBO Ellen McLaughlin held by Morgan Stanley, Deerfield, IL | 735 ILCS 5/12-1006 | 353,355.37 | 353,355.37 |
| Charles Schwab Trust Company, Trustee for Seyfarth Shaw retirement Plan for Partners FBO Ellen McLaughlin, Charles Schwab Trust Company, San Francisco, CA . | 735 ILCS 5/12-1006 | 121,271.98 | 121,271.98 |
| 401(k) Plan Charles Schwab Trust Company, San Francisco CA ($50,000 loan against this account) being paid back monthly) | 735 ILCS 5/12-1006 | 359,498.15 | 359,498.15 |
| Seyfarth Shaw LLP Defined Benefit Retirement Plan | 735 ILCS 5/12-1006 | 943,837.00 | 943,837.00 |
| **Stock and Interests in Businesses** | | | |
| 100% ownership interest in Legacy Home Builders, Inc., an insolvent Illinois corporation. | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| 100% ownership interest in RLC Investments, LLC, an insolvent Illinois Limited Liability Company. | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| 100% ownership interest in Legacy Development and Contruction, Inc., an insolvent Illinois corporation. | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |

                                                        Total:    **1,785,536.80**      **1,785,536.80**

  __0__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **Robert L Cimala,**                           Case No. _____

          **Ellen E McLaughlin**

                                                                     Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | Security Agreement | | | | | |
| **BMW of North America, LLC** **300 Chestnut Ridge Road** **Woodcliff Lake, NJ 07677-7731** | | | J | Lease on 2010 BMW 750i | | | | | |
| | | | | Value $       **Unknown** | | | | **23,955.00** | **Unknown** |
| Account No. | | | | **Third Mortgage** **Personal guaranty of corporate debt also secured by debtors' homestead located at 6201 S. Grant Street, Burr Ridge IL 60527 and other real estate owned by Legacy Home Builders, Inc., located at 804 Shannon Lake Ct, Westmont IL.** | | | | | |
| **First Merit f/k/a George Washington** **14701 S. Lagrange Road** **Orland Park, IL 60462** | X | | J | | | | | | |
| | | | | Value $     **2,250,000.00** | | | | **877,490.56** | **877,490.56** |
| Account No. **2066** | | | | **Personal guaranty of corporate debt also secured by debtors' homestead located at 6201 S. Grant Street, Burr Ridge IL 60527 and other real estate owned by Legacy Home Builders, Inc., located at 804 Shannon Lake Ct, Westmont IL.** | | | | | |
| **First Merit f/k/a George Washington** **14701 S. Lagrange Road** **Orland Park, IL 60462** | X | | J | | | | | | |
| | | | | Value $     **2,250,000.00** | | | | **606,387.24** | **606,387.24** |
| Account No. | | | | **2009 and 2010** **Federal Tax Lien Filed In DuPage County Illinois** | | | | | |
| **Internal Revenue Service** **P.O. Box 7346** **Philadelphia, PA 19114-7346** | | | J | **Lien on all of taxpayers' property** | | | | | |
| | | | | Value $       **Unknown** | | | | **261,884.03** | **Unknown** |

__1__   continuation sheets attached                                                           Subtotal            | **1,769,716.83** | **1,483,877.80** |

                                                                      (Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re   **Robert L Cimala,**                                                    Case No. _____
        **Ellen E McLaughlin**
_____,
                                    Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 and 2010 Federal Tax Lien Filed in Eagle County Colorado | | | | | |
| **Internal Revenue Service** P.O. Box 7346 Philadelphia, PA 19114-7346 | | J | Deeded fractional interest in vacation condominium. Unit 3405, Ritz Carlton Club Bachelor Gulch, 100 Bachelor Gulch Trail, Bachelor Gulch Village, CO 81620 | | | | | |
| | | | Value $           46,875.00 | | | | 261,884.03 | 215,009.03 |
| Account No. | | | Security Agreement | | | | | |
| **Lexus Financial Service** P.O. Box 8026 Cedar Rapids, IA 52408-8026 | | J | 2010 Lexus RX 350 | | | | | |
| | | | Value $           34,000.00 | | | | 39,738.04 | 5,738.04 |
| Account No. | | | Second Mortgage | | | | | |
| **Wells Fargo Bank, NA** PO Box 4233 Portland, OR 97208-4233 | | J | Debtors' homestead. Location: 6201 S. Grant Street, Burr Ridge IL 60527 | | | | | |
| | | | Value $        2,250,000.00 | | | | 499,904.10 | 280,569.76 |
| Account No. | | | Mortgage | | | | | |
| **Wells Fargo Home Mortgage** P.O. Box 10335 Des Moines, IA 50306 | | J | Debtors' homestead. Location: 6201 S. Grant Street, Burr Ridge IL 60527 | | | | | |
| | | | Value $        2,250,000.00 | | | | 2,030,665.66 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  1  of  1  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 2,832,191.83 | 501,316.83 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 4,601,908.66 | 1,985,194.63 |

Attachment to Schedule D

The Federal Tax Liens (the "Liens") attach to all of the Debtors' assets (the "Assets"). Due to the various prior liens on the Assets, a determination has yet to be made as to what portion of the Liens are secured or unsecured. Therefore, the market values have been listed as "UNKNOWN".

| Form **668(Y)** | Department of the Treasury - Internal Revenue Service | | |
|---|---|---|---|
| (Rev 10-1999) | **Notice of Federal Tax Lien** | | |

| Small Business / Self Employed - Area: 4 | Serial Number<br>844482712 | For Optional Use by Recordi |
|---|---|---|

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer**
R L CIMALA & ELLE MCLAUGHLIN CIMALA

**Residence**
100 BACHELOR GULCH TRAIL  UNIT 3405
BACHELOR GULCH, CO 81620

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period Ended<br>(b) | Identifying Number<br>(c) | Date of Assessment<br>(d) | Last Day for Refiling<br>(e) | Unpaid Balance of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2009 | xxx-xx-1826 | 11/15/2010 | 12/15/2020 | $18,591.93 |
| 1040 | 12/31/2010 | xxx-xx-1826 | 11/21/2011 | 12/21/2021 | $243,292.10 |

| Place of Filing | | | |
|---|---|---|---|
| RECORDER OF DEEDS<br>EAGLE COUNTY<br>EAGLE, CO | | Total | $261,884.03 |

This notice was prepared and signed at DOWNERS GROVE, ILLINOIS, on this, the 23rd day of January , 2012 .

| Signature _Kristin Keenely Badge 10 09-69342_ | Title |
|---|---|
| M. CURRY. Employee # - 1000230148 | REVENUE OFFICER, Phone # - (630)493-5409 |

NOTE Certificate of officer authorized by law to take acknowledgements is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)

Part 1 – Recording Office                                    Form **668(Y)** (Rev. 10-1999

| Form **668(Y)** | Department of the Treasury - Internal Revenue Service | |
|---|---|---|
| (Rev. 10-1999) | **Notice of Federal Tax Lien** | |

| Serial Number | For Optional Use by Recording Office |
|---|---|
| | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer**

**R. L. CIMALA & ELLIE MCLAUGHLIN CIMALA**

**Residence**

**6201 S GRANT STREET**
**BURR RIDGE, IL 60527-5134016**

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2009 | XXX-XX-1826 | 11/15/2010 | 12/15/2020 | $18,591.93 |
| 1040 | 12/31/2010 | XXX-XX-1826 | 11/21/2011 | 12/21/2021 | $243,292.10 |

| Place of Filing   COUNTY RECORDER OF DEEDS<br>**DUPAGE COUNTY**<br>**WHEATON, IL** | Total | $261,884.03 |
|---|---|---|

This notice was prepared and signed at 2001 BUTTERFIELD RD., DOWNERS GROVE, IL 60515 on this, the 31ST_ day of JANUARY ,2012 .

| Signature | Title |
|---|---|
| . Employee # - 24043738 | REVENUE OFFICER , Phone # - 630-493-5642 |

(NOTE: Certificate of officer authorized by law to take acknowledgements is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)

B6E (Official Form 6E) (4/10)

.

In re   **Robert L Cimala,**                                                                                Case No. _____
        **Ellen E McLaughlin**
_____,
                                            Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____   continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Robert L Cimala,**
      **Ellen E McLaughlin**

Case No. _____

                                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No.<br><br>**California Franchise Tax Board**<br>**P.O. Box 942867**<br>**Sacramento, CA 94267-0011** | J | | | **2010**<br><br>**2010 Franchise tax** | | | | **17,995.56** | 0.00 | **17,995.56** |
| Account No.<br><br>**California Franchise Tax Board**<br>**P.O. Box 942867**<br>**Sacramento, CA 94267-0011** | J | | | **2011**<br><br>**2011 Franchise tax** | | | | **14,014.00** | 0.00 | **14,014.00** |
| Account No.<br><br>**Illinois Department of Revenue**<br>**Bankruptcy Section - Level 7-425**<br>**100 W. Randolph Street**<br>**Chicago, IL 60601** | J | | | **2010**<br><br>**State income tax** | | | | **1,707.91** | 0.00 | **1,707.91** |
| Account No.<br><br>**Illinois Department of Revenue**<br>**Bankruptcy Section - Level 7-425**<br>**100 W. Randolph Street**<br>**Chicago, IL 60601** | J | | | **2011**<br><br>**State income tax** | | | | **5,749.00** | 0.00 | **5,749.00** |
| Account No.<br><br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19114-7346** | J | | | **2011**<br><br>**2011 income tax** | | | | **179,598.00** | Unknown | **Unknown** |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 0.00<br>**219,064.47** | **39,466.47** |
| Total<br>(Report on Summary of Schedules) | 0.00<br>**219,064.47** | **39,466.47** |

B6F (Official Form 6F) (12/07)

In re    **Robert L Cimala,**                                                Case No. _____
         **Ellen E McLaughlin**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8377**<br><br>**Advanta Bank Corp**<br>**P.O. Box 9217**<br>**19191**<br>**Old Bethpage, NY 11804-9217** | X | H | **Personal guaranty of corporate debt.** | | | | **22,721.13** |
| Account No.<br><br>**Alex Vander Linde**<br>**210 Holmes Avenue**<br>**Clarendon Hills, IL 60514** | X | H | **Possible liability of corporate debt. Listed for notice purposes only.** | | X | X | **Unknown** |
| Account No. **1009**<br><br>**American Express**<br>**P.O. Box 981535**<br>**El Paso, TX 79998-1535** | | H | **Credit card purchases** | | | | **941.14** |
| Account No. **2006**<br><br>**American Express**<br>**P.O. Box 981535**<br>**El Paso, TX 79998-1535** | | H | **Credit card purchases** | | | | **3,278.00** |

|  |  |
|---|---|
| ___27___ continuation sheets attached | Subtotal<br>(Total of this page)    **26,940.27** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert L Cimala,**
        **Ellen E McLaughlin**
                                                                          Case No. _____

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1003** <br><br> **American Express** <br> **P.O. Box 981535** <br> **El Paso, TX 79998-1535** | X | H | Personal guaranty of corporate debt. | | | | 14,909.84 |
| Account No. **2003** <br><br> **American Express** <br> **P.O. Box 981535** <br> **El Paso, TX 79998-1535** | X | H | Personal guaranty of corporate debt. | | | | 21,163.23 |
| Account No. <br><br> **Andrew McKeon** <br> **9190 Silverline Drive** <br> **Fairfax Station, VA 22039** | X | H | Possible liability of corporate debt. Listed for notice purposes only. | | X | X | Unknown |
| Account No. <br><br> **Ann Cragg** <br> **5024 Bruce Avenue** <br> **Edina, MN 55424** | X | H | Possible liability of corporate debt. Listed for notice purposes only. | | X | X | Unknown |
| Account No. <br><br> **Anthony John Carucci** <br> **Apt. 6** <br> **5725 Town Center Drive** <br> **Granger, IN 46530** | X | H | Possible liability of corporate debt. Listed for notice purposes only. | | X | X | Unknown |

Sheet no. __1__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **36,073.07**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert L Cimala,**
      **Ellen E McLaughlin**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> Ashley Aranha <br> 1233 Snow Court <br> Batavia, IL 60510 | X | H | | Possible liability of corporate debt. Listed for notice purposes only. | | X | X | Unknown |
| Account No. 1268 <br><br> Bank of America <br> P.O. Box 15026 <br> Wilmington, DE 19850-5026 | | H | | Credit card purchases | | | | 106,217.74 |
| Account No. 9702 <br><br> Bank of America <br> P.O. Box 15026 <br> Wilmington, DE 19850-5026 | | W | | Credit card purchases | | | | 34,296.82 |
| Account No. 4581 <br><br> Bank of America <br> PO Box 982238 <br> El Paso, TX 79998-2238 | X | H | | Personal guaranty of corporate debt. | | | | 11,012.18 |
| Account No. 9000 <br><br> Bank of America <br> PO Box 982238 <br> El Paso, TX 79998-2238 | X | H | | Personal guaranty of corporate debt. | | | | 18,853.40 |

Sheet no. __2__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

170,380.14

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert L Cimala,**
         **Ellen E McLaughlin**
                                                                    Case No. _____
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Belcorp Financial Services, Inc.**<br>**120 E. Ogden Ave.**<br>**Suite 124**<br>**Hinsdale, IL 60521** | X | J | **Personal guaranty of corporate debt.** | | | | 437,896.57 |
| Account No.<br><br>**Bemmco Hardware**<br>**1909 Ogden Ave.**<br>**Lisle, IL 60532** | X | H | **Possible liability of corporate debt. Listed for notice purposes only.** | | X | X | Unknown |
| Account No.<br><br>**Bill Cowley**<br>**1919 Srathmoor Blvd.**<br>**Louisville, KY 40205** | X | H | **Possible liability of corporate debt. Listed for notice purposes only.** | | X | X | Unknown |
| Account No.<br><br>**Brandon Karas**<br>**2714 York Court**<br>**Southlake, TX 76092** | X | H | **Possible liability of corporate debt. Listed for notice purposes only.** | | X | X | Unknown |
| Account No.<br><br>**Brendan Ward**<br>**244 23rd Avenue**<br>**Brick, NJ 08724** | X | H | **Possible liability of corporate debt. Listed for notice purposes only.** | | X | X | Unknown |

Sheet no. __3__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

437,896.57

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert L Cimala,**
         **Ellen E McLaughlin**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| **Brittany Bowlen** **9 Cherry Hills Drive** **Englewood, CO 80113** | X | H | | | | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| **Burns Rent Alls, Inc.** **332 W. Washington Ave.** **Mishawaka, IN 46545** | X | H | | | | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| **Cabaret Cabinetry, Inc.** **10409 Vermont Ave** **Hayward, WI 54843** | X | H | | | | X | X | |
| | | | | | | | | **Unknown** |
| Account No. **5224** | | | | Credit card purchases | | | | |
| **Capital One** **P.O. Box 30285** **Salt Lake City, UT 84130-0285** | | W | | | | | | |
| | | | | | | | | **34,683.35** |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| **Caralyn Mezyk** **717 Pasquerilla East** **Notre Dame, IN 46556** | X | H | | | | X | X | |
| | | | | | | | | **Unknown** |

Sheet no. __4___ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**34,683.35**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert L Cimala,**
      **Ellen E McLaughlin**                                                Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CBeyond** <br> **320 Interstate North Pkwy** <br> **Suite 300** <br> **Atlanta, GA 30339** | X | H | | **Personal guaranty of corporate debt.** | | | | **16,097.79** |
| Account No. **5191** <br><br> **Chase Card Services** <br> **PO Box 15298** <br> **Att: Bankruptcy** <br> **Wilmington, DE 19850-5298** | | H | | **Credit card purchases** | | | | **25,576.43** |
| Account No. **4957** <br><br> **Chase Card Services** <br> **P.O. Box 15298** <br> **Attn: Bankruptcy** <br> **Wilmington, DE 19850-5298** | | J | | **Credit card purchases** | | | | **44,411.74** |
| Account No. <br><br> **Chris Jay Miller** <br> **Millen & Lehman, LLC** <br> **3920 N. State Road 5** <br> **Shipshewana, IN 46565** | X | H | | **Possible liability of corporate debt. Listed for notice purposes only.** | | X | X | **Unknown** |
| Account No. <br><br> **City of South Bend Indiana** <br> **Code Enforcement Division** <br> **227 W Jefferson Blvd, Ste 1400** <br> **South Bend, IN 46601** | X | H | | **Possible liability of corporate debt. Listed for notice purposes only.** | | X | X | **Unknown** |

Sheet no. __5___ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**86,085.96**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert L Cimala,**
     **Ellen E McLaughlin**

Case No. _____

                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Claudio Perez**<br>**428 Howard Street**<br>**South Bend, IN 46617** | X | H | Possible liability of corporate debt. Listed for notice purposes only. | | X | X | Unknown |
| Account No.<br><br>**Clem Smith Htg & Air Conditioning**<br>**57450 CR 100**<br>**Elkhart, IN 46517** | X | H | Possible liability of corporate debt. Listed for notice purposes only. | | X | X | Unknown |
| Account No. **2965**<br><br>**Comcast**<br>**P.O. Box 3002**<br>**Southeastern, PA 19398-3002** | X | H | Possible liability of corporate debt. Listed for notice purposes only. | | X | X | Unknown |
| Account No.<br><br>**Complete Flashings, Inc.**<br>**514 Forest Preserve Drive**<br>**Wood Dale, IL 60191** | X | H | Possible liability of corporate debt. Listed for notice purposes only. | | X | X | Unknown |
| Account No.<br><br>**Concord Electric, Inc.**<br>**56299 Bittersweet Rd.**<br>**Mishawaka, IN 46545** | X | H | Possible liability of corporate debt. Listed for notice purposes only. | | X | X | Unknown |

Sheet no. __6__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert L Cimala,**
      **Ellen E McLaughlin**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Concordio Vince-Cruz** <br> **8926 Lemona Ave.** <br> **North Hills, CA 91343** | X | H | Possible liability of corporate debt. Listed for notice purposes only. | | X | X | <br><br><br> **Unknown** |
| Account No. <br><br> **Connor White** <br> **1801 Irish Way** <br> **South Bend, IN 46637** | X | H | Possible liability of corporate debt. Listed for notice purposes only. | | X | X | <br><br><br> **Unknown** |
| Account No. <br><br> **Consolidated Electrical Distributor** <br> **d/b/a All Phase Electrical Supply** <br> **P.O. Box 450** <br> **Lima, OH 45802** | X | H | Possible liability of corporate debt. Listed for notice purposes only. | | X | X | <br><br><br> **Unknown** |
| Account No. <br><br> **Cris Bok** <br> **49 Spring Street** <br> **Hope Valley, RI 02832** | X | H | Possible liability of corporate debt. Listed for notice purposes only. | | X | X | <br><br><br> **Unknown** |
| Account No. <br><br> **D&R Miller Concrete, Inc.** <br> **8825 W. 350 N** <br> **Shipshewana, IN 46565** | X | J | Personal guaranty of corporate debt. | | | | <br><br><br> **36,719.10** |

Sheet no. __7__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**36,719.10**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert L Cimala,**
   **Ellen E McLaughlin**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| Dan Zebrowski 67 Harrison Street Verona, NJ 07044 | X | H | | | | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| Danch Harner & Associates, Inc. 1634 Commerce Drive South Bend, IN 46628 | X | H | | | | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| Daniel A. Lengacher 13218 Springfield Center Rd. Grabill, IN 46741 | X | H | | | | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| Daniel Ostendorf 1002 Miner Street South Bend, IN 46617 | X | H | | | | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| David & Mary Ann Mayo 1339 Leeper Ave. South Bend, IN 46617 | X | H | | | | X | X | |
| | | | | | | | | Unknown |

Sheet no. __8___ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert L Cimala,**
      **Ellen E McLaughlin**
                                          ,
Case No. _____

                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| **Dominiack Mechanical Services LLC** **2338 Pebble Creek Ct** **South Bend, IN 46628** | X | H | | | | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| **Drywall Sales & Service, LLC** **4181 Fir Road** **Suite A** **Mishawaka, IN 46545** | X | H | | | | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| **Eagle Point Construction** **845 Griffith St.** **Osceola, IN 46561** | X | H | | | | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| **Eddie's Landscaping, Inc.** **1632 E. Cass St.** **1A** **Joliet, IL 60432** | X | H | | | | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| **Elizabeth Moore** **1133 5th Avenue** **New York, NY 10128** | X | H | | | | X | X | |
| | | | | | | | | Unknown |

Sheet no. __9__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                    Subtotal
                (Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Robert L Cimala,**
            **Ellen E McLaughlin**
_____,
                                    Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| **Emily de Araujo** **974 Dewsenberry Road** **Bronson, MI 49028** | X | H | | | | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| **Emily Nickles** **25381 Elderwood** **Lake Forest, CA 92630** | X | H | | | | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| **Energy Saving Insulation, Inc.** **6817 Hobson Valley Drive** **Woodridge, IL 60517** | X | H | | | | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| **Erin Cavanaugh** **8388 SE 50th PL** **Mercer Island, WA 98040** | X | H | | | | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| **Ferguson Enterprises, Inc.** **1310 Prairie Ave** **South Bend, IN 46613** | X | H | | | | X | X | |
| | | | | | | | | **Unknown** |

Sheet no. __10__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert L Cimala,**
      **Ellen E McLaughlin**
                                                    ,       Case No. _____
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Checking account charges. | | | | |
| **First Merit f/k/a George Washington** **14701 S. Lagrange Road** **Orland Park, IL 60462** | | J | | | | | 582.48 |
| Account No. | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| **Garrett Brown** **431 Myrtle Street** **Laguna Beach, CA 92651** | X | H | | X | X | | Unknown |
| Account No. | | | Fees | | | | |
| **Goodman and Wallace, P.C.** **P.O. Box 1886** **Edwards, CO 81632** | | J | | | | | 827.50 |
| Account No. | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| **Guy Hunt III** **525 Williams Street** **Springfield, IL 62704** | X | H | | X | X | | Unknown |
| Account No. | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| **Gypsum Supply Kalamazoo, Inc.** **2815 Millcork St** **Kalamazoo, MI 49001** | X | H | | X | X | | Unknown |

Sheet no. __11__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,409.98

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert L Cimala,**
     **Ellen E McLaughlin**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Hannah Hupp** <br>**1304 Summit Place** <br>**Valparaiso, IN 46385** | X | H | **Possible liability of corporate debt. Listed for notice purposes only.** | | X | X | Unknown |
| Account No. <br><br>**Hitomi Floyd** <br>**4425 SW 52nd Cir.** <br>**Unit 103** <br>**Ocala, FL 34474** | X | H | **Possible liability of corporate debt. Listed for notice purposes only.** | | X | X | Unknown |
| Account No. <br><br>**Hoosier Foundation, Inc.** <br>**2265 W 175 N**☐☐ <br>**Lagrange, IN 46761-9323** | X | J | **Personal guaranty of corporate debt.** | | | | 44,232.70 |
| Account No. xxxx xxx 5725 <br><br>**Indiana Michigan Power** <br>**PO Box 24401** <br>**Canton, OH 44701-4407** | X | H | **Possible liability of corporate debt. Listed for notice purposes only.** | | X | X | Unknown |
| Account No. <br><br>**Irene Spaletto** <br>**7932 Stewart Drive** <br>**Darien, IL 60561** | X | J | **Personal guaranty of corporate debt.** | | | | 10,411.00 |

Husband, Wife, Joint, or Community

Sheet no. __12__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

54,643.70

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert L Cimala,**
        **Ellen E McLaughlin**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **J.W. Green Development LLC** <br> **67571 US HIGHWAY 31** <br> **Plymouth, IN 46563** | X | J | | **Personal guaranty of corporate debt.** | | | | **45,000.00** |
| Account No. <br><br> **James Browning** <br> **315 Napoleon Street** <br> **South Bend, IN 46617** | X | H | | **Possible liability of corporate debt. Listed for notice purposes only.** | | X | X | **Unknown** |
| Account No. <br><br> **Jamie Murray** <br> **49 Welles Lane** <br> **New Canaan, CT 06840** | X | H | | **Possible liability of corporate debt. Listed for notice purposes only.** | | X | X | **Unknown** |
| Account No. <br><br> **Jarrett Knight** <br> **607 Runnymede Rd** <br> **Raleigh, NC 27607** | X | H | | **Possible liability of corporate debt. Listed for notice purposes only.** | | X | X | **Unknown** |
| Account No. <br><br> **Jennifer Lee** <br> **Lewis Hall, Room 206** <br> **Notre Dame, IN 46556** | X | H | | **Possible liability of corporate debt. Listed for notice purposes only.** | | X | X | **Unknown** |

Sheet no. __13__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**45,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert L Cimala,**
         **Ellen E McLaughlin**                                          Case No. _____

_____,
                                      Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Joe Yatco**<br>**c/o School of Architecture**<br>**University of Notre Dame**<br>**Notre Dame, IN 46556** | X | H | | Possible liability of corporate debt. Listed for notice purposes only. | | X | X | **Unknown** |
| Account No.<br><br>**Joseph Donovan**<br>**1421 North 143rd Street**<br>**Omaha, NE 68154** | X | H | | Possible liability of corporate debt. Listed for notice purposes only. | | X | X | **Unknown** |
| Account No.<br><br>**Joseph H. Bontrager**<br>**6690 W. 550N**<br>**Shipshewana, IN 46565** | X | H | | Possible liability of corporate debt. Listed for notice purposes only. | | X | X | **Unknown** |
| Account No.<br><br>**Justin Buol**<br>**3273 Edmonton Dr.**<br>**Sun Prairie, WI 53590** | X | H | | Possible liability of corporate debt. Listed for notice purposes only. | | X | X | **Unknown** |
| Account No.<br><br>**Katelyn Lentz**<br>**5100 Crestwood Lane**<br>**Ellicott City, MD 21043** | X | H | | Possible liability of corporate debt. Listed for notice purposes only. | | X | X | **Unknown** |

Sheet no. __**14**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert L Cimala,**
     **Ellen E McLaughlin**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| Kathleen Bracke 2960 15th Avenue Moline, IL 61265 | X | H | | | | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| Katie Rose 15 Sovereign Circle Richmond, TX 77469 | X | H | | | | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| Kelsey Eckenrode 1400 Highlands Court Columbia, MO 65203 | X | H | | | | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| Kennedy Collins 177 Campbell Ave. Williston Park, NY 11596 | X | H | | | | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| Kevin Kershisnik 2392 E. Tessaridge Drive Highlands Ranch, CO 80126 | X | H | | | | X | X | |
| | | | | | | | | Unknown |

Sheet no. __15__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert L Cimala,**
     **Ellen E McLaughlin**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| Kevin Magas 18712 Dickens Drive Mokena, IL 60448 | X | H | | | | | X | X | Unknown |
| Account No. | | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| Krieg Devault 4101 Edison Lakes Pkwy Ste. 100 Mishawaka, IN 46545 | X | H | | | | | X | X | Unknown |
| Account No. | | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| Kristen Figari 400 Noah Circuit Drive Beaumont, TX 77706 | X | H | | | | | X | X | Unknown |
| Account No. | | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| Laura Hemington 185 Hanna Way Menlo Park, CA 94025 | X | H | | | | | X | X | Unknown |
| Account No. | | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| Leo Keliher 2424 Hoffman Street Bronx, NY 10458 | X | H | | | | | X | X | Unknown |

Sheet no. __16__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert L Cimala,**
        **Ellen E McLaughlin**
_____,
                Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Leslie Tatlow**<br>**309 Jefferson Drive**<br>**Malvern, PA 19355** | X | H | Possible liability of corporate debt. Listed for notice purposes only. | | X | X | Unknown |
| Account No. **7413** <br><br>**Lexus Financial Service**<br>**P.O. Box 6630**<br>**Fargo, ND 58125** | | W | Credit card purchases | | | | 709.23 |
| Account No. <br><br>**Lindora Lopes**<br>**8 Freeborn Street**<br>**Newport, RI 02840** | X | H | Possible liability of corporate debt. Listed for notice purposes only. | | X | X | Unknown |
| Account No. <br><br>**Lindsay Gisselman**<br>**5108 Turnberry Ct**<br>**Plainfield, IL 60586** | X | H | Possible liability of corporate debt. Listed for notice purposes only. | | X | X | Unknown |
| Account No. <br><br>**Madeline Fox**<br>**1843 Laurinda Drive**<br>**San Jose, CA 95124** | X | H | Possible liability of corporate debt. Listed for notice purposes only. | | X | X | Unknown |

Sheet no. __17__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

709.23

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert L Cimala,**
       **Ellen E McLaughlin**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| **Maribeth Juraska** **1233 Snow Court** **Batavia, IL 60510** | X | H | | | | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| **MaryJo & J. Paul McPherson III** **834 Blackburn Road** **Sewickley, PA 15143** | X | H | | | | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| **Masters Irrigation** **418 S. Meade St.** **South Bend, IN 46619** | X | H | | | | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| **Matthew Formica** **73 Morris Ave.** **Haworth, NJ 07641** | X | H | | | | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| **Maureen Ren** **717 Pasquerilla East** **Notre Dame, IN 46556** | X | H | | | | X | X | |
| | | | | | | | | Unknown |

Sheet no. __18__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert L Cimala,**
      **Ellen E McLaughlin**

Case No. _____

_____,

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| Megan Flaherty 48048 Andover Drive Novi, MI 48374 | X | H | | | | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| Melanie LaBate 215 Saint Charles Place Pittsburgh, PA 15215 | X | H | | | | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| Michelle Ferreira 5405 Lorenza Court San Gabriel, CA 91776 | X | H | | | | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| Mike Altenberger 9521 Liberty Tree Ln Vienna, VA 22182 | X | H | | | | X | X | |
| | | | | | | | | Unknown |
| Account No. 8453 | | | | Personal guaranty of corporate debt. | | | | |
| Mutual Bank 4100 Edison Lakes Parkway Mishawaka, IN 46545 | X | J | | | | | | |
| | | | | | | | | 1,591,735.19 |

Sheet no. __19__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,591,735.19

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert L Cimala,**
     **Ellen E McLaughlin**
                                                                 ,

Case No. _____

                                                   Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| **My New Place** **343 Sansome Street** **Suite 700** **San Francisco, CA 94104** | X | H | | | | X | X | Unknown |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| **Nemeth, Feeney, Masters & Campiti** **211 W Washington** **Ste. 1800** **South Bend, IN 46601** | X | H | | | | X | X | Unknown |
| Account No. | | | | Services | | | | |
| **Night Light, Inc.** **148 Eisenhower Lane North** **Lombard, IL 60148** | | J | | | | | | 1,346.00 |
| Account No. 009-5;00`-5;006-1 | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| **NIPSCO** **P.O. Box 13007** **Merrillville, IN 46411** | X | H | | | | X | X | Unknown |
| Account No. 8872 | | | | Credit card purchases | | | | |
| **Nordstrom Bank** **PO Box 6555** **Englewood, CO 80155** | | J | | | | | | 4,132.42 |

Sheet no. __20__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,478.42

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert L Cimala,**                                                      Case No. _____
        **Ellen E McLaughlin**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4795** | | | **Credit card purchases** | | | | |
| **Notre Dame Federal Credit Union PO Box 7878 Notre Dame, IN 46556** | | H | | | | | 12,154.87 |
| Account No. | | | **Possible liability of corporate debt. Listed for notice purposes only.** | | | | |
| **One Touch Automation, Inc. 316 South Eddy St. South Bend, IN 46617** | X | H | | X | X | | Unknown |
| Account No. | | | **Possible liability of corporate debt. Listed for notice purposes only.** | | | | |
| **Paul Moya 16 Jaramillo Blvd. Los Lunas, NM 87031** | X | H | | X | X | | Unknown |
| Account No. | | | **Possible liability of corporate debt. Listed for notice purposes only.** | | | | |
| **Pauline Bui 10771 La Terazza Avenue Fountain Valley, CA 92708** | X | H | | X | X | | Unknown |
| Account No. | | | **Services** | | | | |
| **Platinum-Poolcare Aquatech Ltd 300 Industrial Lane Wheeling, IL 60090** | | J | | | | | 3,095.29 |

Sheet no. __21__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                15,250.16

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert L Cimala,**
      **Ellen E McLaughlin**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0202** <br><br>**Plymouth Place Senior Living** <br>**315 North Lagrange Road** <br>**La Grange Park, IL 60526-5695** | | J | **Personal guaranty of individual debt of family member.** | | | | **7,755.00** |
| Account No. <br><br>**Robin E. O'Brien** <br>**435 Red Coat Lane** <br>**Wayne, PA 19087** | X | H | **Possible liability of corporate debt. Listed for notice purposes only.** | | X | X | **Unknown** |
| Account No. <br><br>**Ryan Dibble** <br>**315 Napoleon Street** <br>**South Bend, IN 46617** | X | H | **Possible liability of corporate debt. Listed for notice purposes only.** | | X | X | **Unknown** |
| Account No. <br><br>**Ryan Robinson** <br>**5824 Long Brake Tr 1** <br>**Edina, MN 55439** | X | H | **Possible liability of corporate debt. Listed for notice purposes only.** | | X | X | **Unknown** |
| Account No. <br><br>**Scott Gerland** <br>**311 Louella Ave.** <br>**Wayne, PA 19087** | X | H | **Possible liability of corporate debt. Listed for notice purposes only.** | | X | X | **Unknown** |

Sheet no. __22__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,755.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert L Cimala,**
      **Ellen E McLaughlin**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6716;6732;6730**<br><br>**South Bend Water Works**<br>**125 W. Colfax Ave.**<br>**South Bend, IN 46601** | X | H | Possible liability of corporate debt. Listed for notice purposes only. | | X | X | **Unknown** |
| Account No.<br><br>**Southwest Insulation, Inc.**<br>**5535 W. 110th St.**<br>**Unit 3**<br>**Woodridge, IL 60517** | X | H | Possible liability of corporate debt. Listed for notice purposes only. | | X | X | **Unknown** |
| Account No.<br><br>**Spalding Design Group, LLC**<br>**106 Linconway**<br>**East Mishawaka, IN 46544** | X | J | Personal guaranty of corporate debt. | | | | **13,118.53** |
| Account No.<br><br>**Stephanie Kurek & Sam Pellerito**<br>**c/o Yoder, Ainlay et. al**<br>**130 N Main St.**<br>**Goshen, IN 46527** | X | H | Possible liability of corporate debt. Listed for notice purposes only. | | X | X | **Unknown** |
| Account No.<br><br>**Stephen J & Margaret Mudjer**<br>**15 W 700 81st Street**<br>**Burr Ridge, IL 60527** | X | J | Personal guaranty of corporate debt. | | | | **104,400.00** |

Sheet no. __23__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**117,518.53**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert L Cimala,**
      **Ellen E McLaughlin**

Case No. _____

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| Steve Siegfried c/o CorseMax, Inc. 900 West Valley Road Wayne, PA 19087-1824 | X | H | | | X | X | |
| | | | | | | | Unknown |
| Account No. | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| Steven Emmons d/b/a Construction Resources 60191 Cedar Rd. Mishawaka, IN 46544 | X | H | | | X | X | |
| | | | | | | | Unknown |
| Account No. | | | Personal guaranty of corporate debt. | | | | |
| Steven J. Miller 1910 S. Wolcott Ave. Chicago, IL 60609 | X | J | | | | X | |
| | | | | | | | 93,900.00 |
| Account No. | | | Personal guaranty of corporate debt. | | | | |
| Swiss Plywood Corporation Attn: Bill Borders 302 Main Street Tell City, IN 47586 | X | J | | | | | |
| | | | | | | | 497,096.00 |
| Account No. | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| T-Squared Associates, Inc. Robert Tashijan 102 E, Mishawaka Ave. Mishawaka, IN 46545 | X | H | | | X | X | |
| | | | | | | | Unknown |

Sheet no. __24__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

590,996.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert L Cimala,**
         **Ellen E McLaughlin**
                                                                              Case No. _____
                                                                     ,
                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Tamara Nguyen** <br> **8541 Enfield Ave.** <br> **Northridge, CA 91325** | X | H | Possible liability of corporate debt. Listed for notice purposes only. | | X | X | **Unknown** |
| Account No. **6494** <br><br> **The Room Place** <br> **World Financial Network Bank** <br> **PO Box 182782** <br> **Columbus, OH 43218-2782** | | H | Credit card purchases | | | | **4,139.24** |
| Account No. <br><br> **Thorne Grodnik, LLP** <br> **420 Lincoln Hwy West** <br> **Mishawaka, IN 46544** | X | H | Possible liability of corporate debt. Listed for notice purposes only. | | X | X | **Unknown** |
| Account No. <br><br> **Tiffany Knipp** <br> **9623 Tunbridge Lane** <br> **Knoxville, TN 37922** | X | H | Possible liability of corporate debt. Listed for notice purposes only. | | X | X | **Unknown** |
| Account No. <br><br> **Travis Pruitt** <br> **1801 Irish Way** <br> **South Bend, IN 46637** | X | H | Possible liability of corporate debt. Listed for notice purposes only. | | X | X | **Unknown** |

Husband, Wife, Joint, or Community

Sheet no. __25__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **4,139.24**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert L Cimala,**
     **Ellen E McLaughlin**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**U.S. Department of Education**<br>**Direct Loan Security Center**<br>**PO Box 5609**<br>**Greenville, TX 75403-5609** | | W | **Student loans.** | | | | 140,000.00 |
| Account No.<br><br>**University of Notre Dame**<br>**Office of VP - University Relations**<br>**405 Main Building**<br>**Notre Dame, IN 46556-4635** | | J | **Scholarship agreement.** | | X | | Unknown |
| Account No.<br><br>**UPS Masonry, Inc.**<br>**4615 Wisconsin Ave.**<br>**Berwyn, IL 60402** | X | H | **Possible liability of corporate debt. Listed for notice purposes only.** | | X | X | Unknown |
| Account No.<br><br>**VFP Fire Systems**<br>**301 York Avenue N**<br>**Saint Paul, MN 55130** | X | H | **Possible liability of corporate debt. Listed for notice purposes only.** | | X | X | Unknown |
| Account No.<br><br>**Victoria O'Malley**<br>**3272 Stonegate Drive**<br>**Huntington Valley, PA 19006** | X | H | **Possible liability of corporate debt. Listed for notice purposes only.** | | X | X | Unknown |

Sheet no. __26__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

140,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert L Cimala,**
       **Ellen E McLaughlin**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| Victoria Scheid 1955 Mountain Laurel Circle Highlands Ranch, CO 80126 | X | H | | | | X | X | |
| | | | | | | | | Unknown |
| Account No. 5816 | | | | Personal guaranty of corporate debt. | | | | |
| Wells Fargo PO Box 348750 Sacramento, CA 95834 | X | H | | | | | | |
| | | | | | | | | 75,595.23 |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| West Custom Homes 15950 Will Cook Road Homer Glen, IL 60491 | X | H | | | | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible liability of corporate debt. Listed for notice purposes only. | | | | |
| Yasunori Hagiwara 620 Newberry Drive Elk Grove Village, IL 60007 | X | H | | | | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Personal guaranty of corporate debt. | | | | |
| Zeeland Lumber & Supply Co. 146 E Washington Ave Zeeland, MI 49464 | X | H | | | | | | |
| | | | | | | | | 485,938.90 |

Sheet no. __27__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 561,534.13 |
| Total (Report on Summary of Schedules) | 3,964,948.04 |

B6G (Official Form 6G) (12/07)

.

In re    **Robert L Cimala,**                                                    Case No. _____
**Ellen E McLaughlin**

_____,
Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **BMW Financial Services NA, LLC**<br>**P.O. Box 78103**<br>**Phoenix, AZ 85062-8103** | **Lease 2010 750i automobile**<br>**Matures Feb 2013**<br>**$1,597 per month** |
| **Ritz Carlton Club**<br>**100 Bachelor Gulch Trail**<br>**Bachelor Gulch, CO 81620** | **Maintenance fees of @$6,800 annually for**<br>**vacation condominium, Unit 3405, located in**<br>**Bachelor Gulch Colorado.** |
| **University of Notre Dame**<br>**Notre Dame, IN 46556** | **Scholarship agreement to pay $10,000 per year for**<br>**10 years.  AGREEMENT EXECUTED SIX (6)**<br>**YEARS AGO. Also agreement to pay certain**<br>**insurance procceeds to University upon the death**<br>**of Robert and Ellen Cimala.** |
| **Westin Club Regina**<br>**Cabos San Lucas**<br>**Mexico** | **Time share. Debtors pay @$1,600 per year in**<br>**maintenance fees.**<br>**Cabos San Lucas, Mexico** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Robert L Cimala,**
      **Ellen E McLaughlin**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **My New Place**<br>**343 Sansome Street**<br>**Suite 700**<br>**San Francisco, CA 94104** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Concord Electric, Inc.**<br>**56299 Bittersweet Rd.**<br>**Mishawaka, IN 46545** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Dominiack Mechanical Services LLC**<br>**2338 Pebble Creek Ct**<br>**South Bend, IN 46628** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Drywall Sales & Service, LLC**<br>**4181 Fir Road**<br>**Suite A**<br>**Mishawaka, IN 46545** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Ferguson Enterprises, Inc.**<br>**1310 Prairie Ave**<br>**South Bend, IN 46613** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Gypsum Supply Kalamazoo, Inc.**<br>**2815 Millcork St**<br>**Kalamazoo, MI 49001** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Hoosier Foundation, Inc.**<br>**2265 W 175 N**<br>**Lagrange, IN 46761-9323** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **J.W. Green Development LLC**<br>**67571 US HIGHWAY 31**<br>**Plymouth, IN 46563** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Spalding Design Group, LLC**<br>**106 Linconway**<br>**East Mishawaka, IN 46544** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Steve Siegfried**<br>**c/o CorseMax, Inc.**<br>**900 West Valley Road**<br>**Wayne, PA 19087-1824** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Victoria Scheid**<br>**1955 Mountain Laurel Circle**<br>**Highlands Ranch, CO 80126** |

**18**

_____ continuation sheets attached to Schedule of Codebtors

In re    **Robert L Cimala,**                                    Case No. _____
       **Ellen E McLaughlin**

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **James Browning**<br>**315 Napoleon Street**<br>**South Bend, IN 46617** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Travis Pruitt**<br>**1801 Irish Way**<br>**South Bend, IN 46637** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Connor White**<br>**1801 Irish Way**<br>**South Bend, IN 46637** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **David & Mary Ann Mayo**<br>**1339 Leeper Ave.**<br>**South Bend, IN 46617** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Ashley Aranha**<br>**1233 Snow Court**<br>**Batavia, IL 60510** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Dan Zebrowski**<br>**67 Harrison Street**<br>**Verona, NJ 07044** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Anthony John Carucci**<br>**Apt. 6**<br>**5725 Town Center Drive**<br>**Granger, IN 46530** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Matthew Formica**<br>**73 Morris Ave.**<br>**Haworth, NJ 07641** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Leo Keliher**<br>**2424 Hoffman Street**<br>**Bronx, NY 10458** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Justin Buol**<br>**3273 Edmonton Dr.**<br>**Sun Prairie, WI 53590** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Mike Altenberger**<br>**9521 Liberty Tree Ln**<br>**Vienna, VA 22182** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Claudio Perez**<br>**428 Howard Street**<br>**South Bend, IN 46617** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Joe Yatco**<br>**c/o School of Architecture**<br>**University of Notre Dame**<br>**Notre Dame, IN 46556** |

Sheet __1__ of __18__ continuation sheets attached to the Schedule of Codebtors

In re    **Robert L Cimala,**
        **Ellen E McLaughlin**                                   Case No. _____

                                ,
                        Debtors

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Kennedy Collins**<br>**177 Campbell Ave.**<br>**Williston Park, NY 11596** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Daniel Ostendorf**<br>**1002 Miner Street**<br>**South Bend, IN 46617** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Tiffany Knipp**<br>**9623 Tunbridge Lane**<br>**Knoxville, TN 37922** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Andrew McKeon**<br>**9190 Silverline Drive**<br>**Fairfax Station, VA 22039** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Megan Flaherty**<br>**48048 Andover Drive**<br>**Novi, MI 48374** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Madeline Fox**<br>**1843 Laurinda Drive**<br>**San Jose, CA 95124** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Katelyn Lentz**<br>**5100 Crestwood Lane**<br>**Ellicott City, MD 21043** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Paul Moya**<br>**16 Jaramillo Blvd.**<br>**Los Lunas, NM 87031** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Kristen Figari**<br>**400 Noah Circuit Drive**<br>**Beaumont, TX 77706** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Joseph Donovan**<br>**1421 North 143rd Street**<br>**Omaha, NE 68154** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Scott Gerland**<br>**311 Louella Ave.**<br>**Wayne, PA 19087** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Hitomi Floyd**<br>**4425 SW 52nd Cir.**<br>**Unit 103**<br>**Ocala, FL 34474** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Lindora Lopes**<br>**8 Freeborn Street**<br>**Newport, RI 02840** |

Sheet  **2**  of  **18**  continuation sheets attached to the Schedule of Codebtors

In re    **Robert L Cimala,**
      **Ellen E McLaughlin**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Laura Hemington**<br>**185 Hanna Way**<br>**Menlo Park, CA 94025** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **MaryJo & J. Paul McPherson III**<br>**834 Blackburn Road**<br>**Sewickley, PA 15143** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Pauline Bui**<br>**10771 La Terazza Avenue**<br>**Fountain Valley, CA 92708** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Lindsay Gisselman**<br>**5108 Turnberry Ct**<br>**Plainfield, IL 60586** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Ryan Dibble**<br>**315 Napoleon Street**<br>**South Bend, IN 46617** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Kevin Magas**<br>**18712 Dickens Drive**<br>**Mokena, IL 60448** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Bill Cowley**<br>**1919 Srathmoor Blvd.**<br>**Louisville, KY 40205** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Jarrett Knight**<br>**607 Runnymede Rd**<br>**Raleigh, NC 27607** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Maribeth Juraska**<br>**1233 Snow Court**<br>**Batavia, IL 60510** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Hannah Hupp**<br>**1304 Summit Place**<br>**Valparaiso, IN 46385** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Cris Bok**<br>**49 Spring Street**<br>**Hope Valley, RI 02832** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Emily Nickles**<br>**25381 Elderwood**<br>**Lake Forest, CA 92630** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Stephanie Kurek & Sam Pellerito**<br>**c/o Yoder, Ainlay et. al**<br>**130 N Main St.**<br>**Goshen, IN 46527** |

Sheet __3__ of __18__ continuation sheets attached to the Schedule of Codebtors

In re    **Robert L Cimala,**
         **Ellen E McLaughlin**

Case No. _____

,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Garrett Brown**<br>**431 Myrtle Street**<br>**Laguna Beach, CA 92651** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Tamara Nguyen**<br>**8541 Enfield Ave.**<br>**Northridge, CA 91325** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Concordio Vince-Cruz**<br>**8926 Lemona Ave.**<br>**North Hills, CA 91343** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Brandon Karas**<br>**2714 York Court**<br>**Southlake, TX 76092** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Burns Rent Alls, Inc.**<br>**332 W. Washington Ave.**<br>**Mishawaka, IN 46545** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **City of South Bend Indiana**<br>**Code Enforcement Division**<br>**227 W Jefferson Blvd, Ste 1400**<br>**South Bend, IN 46601** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Clem Smith Htg & Air Conditioning**<br>**57450 CR 100**<br>**Elkhart, IN 46517** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Consolidated Electrical Distributor**<br>**d/b/a All Phase Electrical Supply**<br>**P.O. Box 450**<br>**Lima, OH 45802** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Danch Harner & Associates, Inc.**<br>**1634 Commerce Drive**<br>**South Bend, IN 46628** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Daniel A. Lengacher**<br>**13218 Springfield Center Rd.**<br>**Grabill, IN 46741** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Eagle Point Construction**<br>**845 Griffith St.**<br>**Osceola, IN 46561** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Jamie Murray**<br>**49 Welles Lane**<br>**New Canaan, CT 06840** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Jennifer Lee**<br>**Lewis Hall, Room 206**<br>**Notre Dame, IN 46556** |

Sheet __4__ of __18__ continuation sheets attached to the Schedule of Codebtors

In re    **Robert L Cimala,**                                    Case No. _____
       **Ellen E McLaughlin**

                                       Debtors,

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Joseph H. Bontrager**<br>**6690 W. 550N**<br>**Shipshewana, IN 46565** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Kathleen Bracke**<br>**2960 15th Avenue**<br>**Moline, IL 61265** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Katie Rose**<br>**15 Sovereign Circle**<br>**Richmond, TX 77469** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Kelsey Eckenrode**<br>**1400 Highlands Court**<br>**Columbia, MO 65203** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Kevin Kershisnik**<br>**2392 E. Tessaridge Drive**<br>**Highlands Ranch, CO 80126** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Krieg Devault**<br>**4101 Edison Lakes Pkwy**<br>**Ste. 100**<br>**Mishawaka, IN 46545** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Leslie Tatlow**<br>**309 Jefferson Drive**<br>**Malvern, PA 19355** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Maureen Ren**<br>**717 Pasquerilla East**<br>**Notre Dame, IN 46556** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Melanie LaBate**<br>**215 Saint Charles Place**<br>**Pittsburgh, PA 15215** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Michelle Ferreira**<br>**5405 Lorenza Court**<br>**San Gabriel, CA 91776** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Chris Jay Miller**<br>**Millen & Lehman, LLC**<br>**3920 N. State Road 5**<br>**Shipshewana, IN 46565** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Nemeth, Feeney, Masters & Campiti**<br>**211 W Washington**<br>**Ste. 1800**<br>**South Bend, IN 46601** |

Sheet   **5**   of   **18**   continuation sheets attached to the Schedule of Codebtors

In re     **Robert L Cimala,**                                          Case No. _____
          **Ellen E McLaughlin**
                                                    ,
                                              Debtors
                        ## SCHEDULE H - CODEBTORS
                              (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **One Touch Automation, Inc.**<br>**316 South Eddy St.**<br>**South Bend, IN 46617** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **D&R Miller Concrete, Inc.**<br>**8825 W. 350 N**<br>**Shipshewana, IN 46565** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Robin E. O'Brien**<br>**435 Red Coat Lane**<br>**Wayne, PA 19087** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Ryan Robinson**<br>**5824 Long Brake Tr 1**<br>**Edina, MN 55439** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Steven Emmons**<br>**d/b/a Construction Resources**<br>**60191 Cedar Rd.**<br>**Mishawaka, IN 46544** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **T-Squared Associates, Inc.**<br>**Robert Tashijan**<br>**102 E, Mishawaka Ave.**<br>**Mishawaka, IN 46545** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Thorne Grodnik, LLP**<br>**420 Lincoln Hwy West**<br>**Mishawaka, IN 46544** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **VFP Fire Systems**<br>**301 York Avenue N**<br>**Saint Paul, MN 55130** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Victoria O'Malley**<br>**3272 Stonegate Drive**<br>**Huntington Valley, PA 19006** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Yasunori Hagiwara**<br>**620 Newberry Drive**<br>**Elk Grove Village, IL 60007** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Zeeland Lumber & Supply Co.**<br>**146 E Washington Ave**<br>**Zeeland, MI 49464** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Alex Vander Linde**<br>**210 Holmes Avenue**<br>**Clarendon Hills, IL 60514** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Ann Cragg**<br>**5024 Bruce Avenue**<br>**Edina, MN 55424** |

Sheet   **6**   of   **18**   continuation sheets attached to the Schedule of Codebtors

In re     **Robert L Cimala,**
        **Ellen E McLaughlin**
                                                ,

Case No. _____

Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Brendan Ward**<br>**244 23rd Avenue**<br>**Brick, NJ 08724** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Brittany Bowlen**<br>**9 Cherry Hills Drive**<br>**Englewood, CO 80113** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Caralyn Mezyk**<br>**717 Pasquerilla East**<br>**Notre Dame, IN 46556** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Elizabeth Moore**<br>**1133 5th Avenue**<br>**New York, NY 10128** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Emily de Araujo**<br>**974 Dewsenberry Road**<br>**Bronson, MI 49028** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Erin Cavanaugh**<br>**8388 SE 50th PL**<br>**Mercer Island, WA 98040** |
| **609 SB, LLC**<br>**60191 Cedar Road**<br>**Mishawaka, IN 46554** | **Guy Hunt III**<br>**525 Williams Street**<br>**Springfield, IL 62704** |
| **Cimala & Associates, PC**<br>**601 Grant Street**<br>**Burr Ridge, IL 60527** | **Bank of America**<br>**PO Box 982238**<br>**El Paso, TX 79998-2238** |
| **Cimala & Associates, PC**<br>**6201 Grant Street**<br>**Burr Ridge, IL 60527** | **Wells Fargo**<br>**PO Box 348750**<br>**Sacramento, CA 95834** |
| **Legacy Campus Development LLC**<br>**6201 S.Grant Street**<br>**Burr Ridge, IL 60527** | **CBeyond**<br>**320 Interstate North Pkwy**<br>**Suite 300**<br>**Atlanta, GA 30339** |
| **Legacy Campus Development LLC**<br>**6201 S.Grant Street**<br>**Burr Ridge, IL 60527** | **Belcorp Financial Services, Inc.**<br>**120 E. Ogden Ave.**<br>**Suite 124**<br>**Hinsdale, IL 60521** |
| **Legacy Campus Development LLC**<br>**6201 S.Grant Street**<br>**Burr Ridge, IL 60527** | **Dominiack Mechanical Services LLC**<br>**2338 Pebble Creek Ct**<br>**South Bend, IN 46628** |
| **Legacy Campus Development LLC**<br>**6201 S.Grant Street**<br>**Burr Ridge, IL 60527** | **Zeeland Lumber & Supply Co.**<br>**146 E Washington Ave**<br>**Zeeland, MI 49464** |

Sheet __7__ of __18__ continuation sheets attached to the Schedule of Codebtors

In re    **Robert L Cimala,**
      **Ellen E McLaughlin**

Case No. _____

,
<div align="center">Debtors</div>

# SCHEDULE H - CODEBTORS
<div align="center">(Continuation Sheet)</div>

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Legacy Campus Development LLC**<br>**6201 S.Grant Street**<br>**Burr Ridge, IL 60527** | **VFP Fire Systems**<br>**301 York Avenue N**<br>**Saint Paul, MN 55130** |
| **Legacy Campus Development LLC**<br>**6201 S.Grant Street**<br>**Burr Ridge, IL 60527** | **Drywall Sales & Service, LLC**<br>**4181 Fir Road**<br>**Suite A**<br>**Mishawaka, IN 46545** |
| **Legacy Campus Development LLC**<br>**6201 S.Grant Street**<br>**Burr Ridge, IL 60527** | **Gypsum Supply Kalamazoo, Inc.**<br>**2815 Millcork St**<br>**Kalamazoo, MI 49001** |
| **Legacy Campus Development LLC**<br>**6201 S.Grant Street**<br>**Burr Ridge, IL 60527** | **Concord Electric, Inc.**<br>**56299 Bittersweet Rd.**<br>**Mishawaka, IN 46545** |
| **Legacy Campus Development LLC**<br>**6201 S.Grant Street**<br>**Burr Ridge, IL 60527** | **Ferguson Enterprises, Inc.**<br>**1310 Prairie Ave**<br>**South Bend, IN 46613** |
| **Legacy Campus Development LLC**<br>**6201 S.Grant Street**<br>**Burr Ridge, IL 60527** | **Stephen J & Margaret Mudjer**<br>**15 W 700 81st Street**<br>**Burr Ridge, IL 60527** |
| **Legacy Campus Development LLC**<br>**6201 S.Grant Street**<br>**Burr Ridge, IL 60527** | **J.W. Green Development LLC**<br>**67571 US HIGHWAY 31**<br>**Plymouth, IN 46563** |
| **Legacy Campus Development LLC**<br>**6201 S.Grant Street**<br>**Burr Ridge, IL 60527** | **Hoosier Foundation, Inc.**<br>**2265 W 175 N**<br>**Lagrange, IN 46761-9323** |
| **Legacy Campus Development LLC**<br>**6201 S.Grant Street**<br>**Burr Ridge, IL 60527** | **Spalding Design Group, LLC**<br>**106 Linconway**<br>**East Mishawaka, IN 46544** |
| **Legacy Campus Development LLC**<br>**6201 S.Grant Street**<br>**Burr Ridge, IL 60527** | **My New Place**<br>**343 Sansome Street**<br>**Suite 700**<br>**San Francisco, CA 94104** |
| **Legacy Campus Development LLC**<br>**6201 S.Grant Street**<br>**Burr Ridge, IL 60527** | **Steve Siegfried**<br>**c/o CorseMax, Inc.**<br>**900 West Valley Road**<br>**Wayne, PA 19087-1824** |
| **Legacy Campus Development LLC**<br>**6201 S.Grant Street**<br>**Burr Ridge, IL 60527** | **City of South Bend Indiana**<br>**Code Enforcement Division**<br>**227 W Jefferson Blvd, Ste 1400**<br>**South Bend, IN 46601** |

Sheet __8__ of __18__ continuation sheets attached to the Schedule of Codebtors

In re    **Robert L Cimala,**                                        Case No. _____
         **Ellen E McLaughlin**
                                                        ,
                                         Debtors
# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Legacy Campus Development LLC**<br>**6201 S.Grant Street**<br>**Burr Ridge, IL 60527** | **Steven J. Miller**<br>**1910 S. Wolcott Ave.**<br>**Chicago, IL 60609** |
| **Legacy Campus Development LLC**<br>**6201 S.Grant Street**<br>**Burr Ridge, IL 60527** | **Irene Spaletto**<br>**7932 Stewart Drive**<br>**Darien, IL 60561** |
| **Legacy Campus Development LLC**<br>**6201 S.Grant Street**<br>**Burr Ridge, IL 60527** | **Burns Rent Alls, Inc.**<br>**332 W. Washington Ave.**<br>**Mishawaka, IN 46545** |
| **Legacy Campus Development LLC**<br>**6201 S.Grant Street**<br>**Burr Ridge, IL 60527** | **Clem Smith Htg & Air Conditioning**<br>**57450 CR 100**<br>**Elkhart, IN 46517** |
| **Legacy Campus Development LLC**<br>**6201 S.Grant Street**<br>**Burr Ridge, IL 60527** | **Consolidated Electrical Distributor**<br>**d/b/a All Phase Electrical Supply**<br>**P.O. Box 450**<br>**Lima, OH 45802** |
| **Legacy Campus Development LLC**<br>**6201 S.Grant Street**<br>**Burr Ridge, IL 60527** | **Danch Harner & Associates, Inc.**<br>**1634 Commerce Drive**<br>**South Bend, IN 46628** |
| **Legacy Campus Development LLC**<br>**6201 S.Grant Street**<br>**Burr Ridge, IL 60527** | **Daniel A. Lengacher**<br>**13218 Springfield Center Rd.**<br>**Grabill, IN 46741** |
| **Legacy Campus Development LLC**<br>**6201 S.Grant Street**<br>**Burr Ridge, IL 60527** | **Eagle Point Construction**<br>**845 Griffith St.**<br>**Osceola, IN 46561** |
| **Legacy Campus Development LLC**<br>**6201 S.Grant Street**<br>**Burr Ridge, IL 60527** | **Joseph H. Bontrager**<br>**6690 W. 550N**<br>**Shipshewana, IN 46565** |
| **Legacy Campus Development LLC**<br>**6201 S.Grant Street**<br>**Burr Ridge, IL 60527** | **Krieg Devault**<br>**4101 Edison Lakes Pkwy**<br>**Ste. 100**<br>**Mishawaka, IN 46545** |
| **Legacy Campus Development LLC**<br>**6201 S.Grant Street**<br>**Burr Ridge, IL 60527** | **Chris Jay Miller**<br>**Millen & Lehman, LLC**<br>**3920 N. State Road 5**<br>**Shipshewana, IN 46565** |
| **Legacy Campus Development LLC**<br>**6201 S.Grant Street**<br>**Burr Ridge, IL 60527** | **Nemeth, Feeney, Masters & Campiti**<br>**211 W Washington**<br>**Ste. 1800**<br>**South Bend, IN 46601** |

Sheet __9__ of __18__ continuation sheets attached to the Schedule of Codebtors

In re  **Robert L Cimala,**
      **Ellen E McLaughlin**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Legacy Campus Development LLC**<br>**6201 S.Grant Street**<br>**Burr Ridge, IL 60527** | **One Touch Automation, Inc.**<br>**316 South Eddy St.**<br>**South Bend, IN 46617** |
| **Legacy Campus Development LLC**<br>**6201 S.Grant Street**<br>**Burr Ridge, IL 60527** | **D&R Miller Concrete, Inc.**<br>**8825 W. 350 N**<br>**Shipshewana, IN 46565** |
| **Legacy Campus Development LLC**<br>**6201 S.Grant Street**<br>**Burr Ridge, IL 60527** | **Steven Emmons**<br>**d/b/a Construction Resources**<br>**60191 Cedar Rd.**<br>**Mishawaka, IN 46544** |
| **Legacy Campus Development LLC**<br>**6201 S.Grant Street**<br>**Burr Ridge, IL 60527** | **T-Squared Associates, Inc.**<br>**Robert Tashijan**<br>**102 E, Mishawaka Ave.**<br>**Mishawaka, IN 46545** |
| **Legacy Campus Development LLC**<br>**6201 S.Grant Street**<br>**Burr Ridge, IL 60527** | **Thorne Grodnik, LLP**<br>**420 Lincoln Hwy West**<br>**Mishawaka, IN 46544** |
| **Legacy Development Construction Inc**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **Belcorp Financial Services, Inc.**<br>**120 E. Ogden Ave.**<br>**Suite 124**<br>**Hinsdale, IL 60521** |
| **Legacy Development Construction Inc**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **Dominiack Mechanical Services LLC**<br>**2338 Pebble Creek Ct**<br>**South Bend, IN 46628** |
| **Legacy Development Construction Inc**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **Zeeland Lumber & Supply Co.**<br>**146 E Washington Ave**<br>**Zeeland, MI 49464** |
| **Legacy Development Construction Inc**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **VFP Fire Systems**<br>**301 York Avenue N**<br>**Saint Paul, MN 55130** |
| **Legacy Development Construction Inc**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **Drywall Sales & Service, LLC**<br>**4181 Fir Road**<br>**Suite A**<br>**Mishawaka, IN 46545** |
| **Legacy Development Construction Inc**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **Gypsum Supply Kalamazoo, Inc.**<br>**2815 Millcork St**<br>**Kalamazoo, MI 49001** |
| **Legacy Development Construction Inc**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **Concord Electric, Inc.**<br>**56299 Bittersweet Rd.**<br>**Mishawaka, IN 46545** |

Sheet __**10**__ of __**18**__ continuation sheets attached to the Schedule of Codebtors

In re     **Robert L Cimala,**
        **Ellen E McLaughlin**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Legacy Development Construction Inc**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **Ferguson Enterprises, Inc.**<br>**1310 Prairie Ave**<br>**South Bend, IN 46613** |
| **Legacy Development Construction Inc**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **Stephen J & Margaret Mudjer**<br>**15 W 700 81st Street**<br>**Burr Ridge, IL 60527** |
| **Legacy Development Construction Inc**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **J.W. Green Development LLC**<br>**67571 US HIGHWAY 31**<br>**Plymouth, IN 46563** |
| **Legacy Development Construction Inc**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **Hoosier Foundation, Inc.**<br>**2265 W 175 N**<br>**Lagrange, IN 46761-9323** |
| **Legacy Development Construction Inc**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **Spalding Design Group, LLC**<br>**106 Linconway**<br>**East Mishawaka, IN 46544** |
| **Legacy Development Construction Inc**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **My New Place**<br>**343 Sansome Street**<br>**Suite 700**<br>**San Francisco, CA 94104** |
| **Legacy Development Construction Inc**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **Steve Siegfried**<br>**c/o CorseMax, Inc.**<br>**900 West Valley Road**<br>**Wayne, PA 19087-1824** |
| **Legacy Development Construction Inc**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **Daniel A. Lengacher**<br>**13218 Springfield Center Rd.**<br>**Grabill, IN 46741** |
| **Legacy Development Construction Inc**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **Joseph H. Bontrager**<br>**6690 W. 550N**<br>**Shipshewana, IN 46565** |
| **Legacy Development Construction Inc**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **Chris Jay Miller**<br>**Millen & Lehman, LLC**<br>**3920 N. State Road 5**<br>**Shipshewana, IN 46565** |
| **Legacy Development Construction Inc**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **D&R Miller Concrete, Inc.**<br>**8825 W. 350 N**<br>**Shipshewana, IN 46565** |
| **Legacy Development Construction Inc**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **Steven Emmons**<br>**d/b/a Construction Resources**<br>**60191 Cedar Rd.**<br>**Mishawaka, IN 46544** |

Sheet __11__ of __18__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re    **Robert L Cimala,**
       **Ellen E McLaughlin**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Legacy Development Construction Inc**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **Clem Smith Htg & Air Conditioning**<br>**57450 CR 100**<br>**Elkhart, IN 46517** |
| **Legacy Development Construction Inc**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **One Touch Automation, Inc.**<br>**316 South Eddy St.**<br>**South Bend, IN 46617** |
| **Legacy Development Construction Inc**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **Consolidated Electrical Distributor**<br>**d/b/a All Phase Electrical Supply**<br>**P.O. Box 450**<br>**Lima, OH 45802** |
| **Legacy Development Construction Inc**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **Danch Harner & Associates, Inc.**<br>**1634 Commerce Drive**<br>**South Bend, IN 46628** |
| **Legacy Development Construction Inc**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **Burns Rent Alls, Inc.**<br>**332 W. Washington Ave.**<br>**Mishawaka, IN 46545** |
| **Legacy Development Construction Inc**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **Nemeth, Feeney, Masters & Campiti**<br>**211 W Washington**<br>**Ste. 1800**<br>**South Bend, IN 46601** |
| **Legacy Development Construction Inc**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **Krieg Devault**<br>**4101 Edison Lakes Pkwy**<br>**Ste. 100**<br>**Mishawaka, IN 46545** |
| **Legacy Development Construction Inc**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **Thorne Grodnik, LLP**<br>**420 Lincoln Hwy West**<br>**Mishawaka, IN 46544** |
| **Legacy Development Construction Inc**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **Eagle Point Construction**<br>**845 Griffith St.**<br>**Osceola, IN 46561** |
| **Legacy Development Construction Inc**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **T-Squared Associates, Inc.**<br>**Robert Tashijan**<br>**102 E, Mishawaka Ave.**<br>**Mishawaka, IN 46545** |
| **Legacy Development Construction Inc**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **Steven J. Miller**<br>**1910 S. Wolcott Ave.**<br>**Chicago, IL 60609** |
| **Legacy Development Construction Inc**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **Irene Spaletto**<br>**7932 Stewart Drive**<br>**Darien, IL 60561** |

Sheet   __**12**__   of   __**18**__   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re    **Robert L Cimala,**                              Case No. _____

          **Ellen E McLaughlin**

_____ ,

<div align="center">Debtors</div>

# SCHEDULE H - CODEBTORS
<div align="center">(Continuation Sheet)</div>

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Legacy Development Construction Inc**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **City of South Bend Indiana**<br>**Code Enforcement Division**<br>**227 W Jefferson Blvd, Ste 1400**<br>**South Bend, IN 46601** |
| **Legacy Home Builders, Inc.**<br>**6201 South Grant Street**<br>**Burr Ridge, IL 60527** | **American Express**<br>**P.O. Box 981535**<br>**El Paso, TX 79998-1535** |
| **Legacy Home Builders, Inc.**<br>**6201 South Grant Street**<br>**Burr Ridge, IL 60527** | **American Express**<br>**P.O. Box 981535**<br>**El Paso, TX 79998-1535** |
| **Legacy Home Builders, Inc.**<br>**6201 South Grant Street**<br>**Burr Ridge, IL 60527** | **Advanta Bank Corp**<br>**P.O. Box 9217**<br>**19191**<br>**Old Bethpage, NY 11804-9217** |
| **Legacy Home Builders, Inc.**<br>**6201 South Grant Street**<br>**Burr Ridge, IL 60527** | **Bank of America**<br>**PO Box 982238**<br>**El Paso, TX 79998-2238** |
| **Legacy Home Builders, Inc.**<br>**6201 South Grant Street**<br>**Burr Ridge, IL 60527** | **Bemmco Hardware**<br>**1909 Ogden Ave.**<br>**Lisle, IL 60532** |
| **Legacy Home Builders, Inc.**<br>**6201 South Grant Street**<br>**Burr Ridge, IL 60527** | **Eddie's Landscaping, Inc.**<br>**1632 E. Cass St.**<br>**1A**<br>**Joliet, IL 60432** |
| **Legacy Home Builders, Inc.**<br>**6201 South Grant Street**<br>**Burr Ridge, IL 60527** | **Cabaret Cabinetry, Inc.**<br>**10409 Vermont Ave**<br>**Hayward, WI 54843** |
| **Legacy Home Builders, Inc.**<br>**6201 South Grant Street**<br>**Burr Ridge, IL 60527** | **UPS Masonry, Inc.**<br>**4615 Wisconsin Ave.**<br>**Berwyn, IL 60402** |
| **Legacy Home Builders, Inc.**<br>**6201 South Grant Street**<br>**Burr Ridge, IL 60527** | **First Merit f/k/a George Washington**<br>**14701 S. Lagrange Road**<br>**Orland Park, IL 60462** |
| **Legacy Home Builders, Inc.**<br>**6201 South Grant Street**<br>**Burr Ridge, IL 60527** | **West Custom Homes**<br>**15950 Will Cook Road**<br>**Homer Glen, IL 60491** |
| **Legacy Home Builders, Inc.**<br>**6201 South Grant Street**<br>**Burr Ridge, IL 60527** | **Complete Flashings, Inc.**<br>**514 Forest Preserve Drive**<br>**Wood Dale, IL 60191** |

Sheet   **13**   of   **18**   continuation sheets attached to the Schedule of Codebtors

In re    **Robert L Cimala,**                                              Case No. _____
         **Ellen E McLaughlin**

                                                    _____,
                                              Debtors

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Legacy Home Builders, Inc.**<br>**6201 South Grant Street**<br>**Burr Ridge, IL 60527** | **Energy Saving Insulation, Inc.**☐<br>**6817 Hobson Valley Drive**<br>**Woodridge, IL 60517** |
| **Legacy Home Builders, Inc.**<br>**6201 South Grant Street**<br>**Burr Ridge, IL 60527** | **Southwest Insulation, Inc.**<br>**5535 W. 110th St.**<br>**Unit 3**<br>**Woodridge, IL 60517** |
| **Legacy Home Builders, Inc.**<br>**6201 South Grant Street**<br>**Burr Ridge, IL 60527** | **CBeyond**<br>**320 Interstate North Pkwy**<br>**Suite 300**<br>**Atlanta, GA 30339** |
| **Legacy Home Builders, Inc.**<br>**6201 South Grant Street**<br>**Burr Ridge, IL 60527** | **First Merit f/k/a George Washington**<br>**14701 S. Lagrange Road**<br>**Orland Park, IL 60462** |
| **Legacy Home Builders, Inc.**<br>**6201 South Grant Street**<br>**Burr Ridge, IL 60527** | **NIPSCO**<br>**P.O. Box 13007**<br>**Merrillville, IN 46411** |
| **Legacy Home Builders, Inc.**<br>**6201 South Grant Street**<br>**Burr Ridge, IL 60527** | **Comcast**<br>**P.O. Box 3002**<br>**Southeastern, PA 19398-3002** |
| **Legacy Home Builders, Inc.**<br>**6201 South Grant Street**<br>**Burr Ridge, IL 60527** | **Indiana Michigan Power**<br>**PO Box 24401**<br>**Canton, OH 44701-4407** |
| **Legacy Home Builders, Inc.**<br>**6201 South Grant Street**<br>**Burr Ridge, IL 60527** | **South Bend Water Works**<br>**125 W. Colfax Ave.**<br>**South Bend, IN 46601** |
| **Legacy Home Builders, Inc.**<br>**6201 South Grant Street**<br>**Burr Ridge, IL 60527** | **Masters Irrigation**<br>**418 S. Meade St.**<br>**South Bend, IN 46619** |
| **Legacy Square Development LLC**<br>**422 N. Northwest Highway**<br>**Suite 150**<br>**Park Ridge, IL 60068** | **Spalding Design Group, LLC**<br>**106 Linconway**<br>**East Mishawaka, IN 46544** |
| **Legacy Square Development, LLC**<br>**422 N. Northwest Highway**<br>**Suite 150**<br>**Park Ridge, IL 60068** | **Belcorp Financial Services, Inc.**<br>**120 E. Ogden Ave.**<br>**Suite 124**<br>**Hinsdale, IL 60521** |
| **Legacy Square Development, LLC**<br>**422 N. Northwest Highway**<br>**Suite 150**<br>**Park Ridge, IL 60068** | **Stephen J & Margaret Mudjer**<br>**15 W 700 81st Street**<br>**Burr Ridge, IL 60527** |

Sheet   __14__   of   __18__   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re    **Robert L Cimala,**
     **Ellen E McLaughlin**
                                       ,

Case No. _____

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Legacy Square Development, LLC**<br>**422 N. Northwest Highway**<br>**Suite 150**<br>**Park Ridge, IL 60068** | **Steve Siegfried**<br>**c/o CorseMax, Inc.**<br>**900 West Valley Road**<br>**Wayne, PA 19087-1824** |
| **Legacy Square Development, LLC**<br>**422 N. Northwest Highway**<br>**Suite 150**<br>**Park Ridge, IL 60068** | **Dominiack Mechanical Services LLC**<br>**2338 Pebble Creek Ct**<br>**South Bend, IN 46628** |
| **Legacy Square Development, LLC**<br>**422 N. Northwest Highway**<br>**Suite 150**<br>**Park Ridge, IL 60068** | **Zeeland Lumber & Supply Co.**<br>**146 E Washington Ave**<br>**Zeeland, MI 49464** |
| **Legacy Square Development, LLC**<br>**422 N. Northwest Highway**<br>**Suite 150**<br>**Park Ridge, IL 60068** | **VFP Fire Systems**<br>**301 York Avenue N**<br>**Saint Paul, MN 55130** |
| **Legacy Square Development, LLC**<br>**422 N. Northwest Highway**<br>**Suite 150**<br>**Park Ridge, IL 60068** | **Drywall Sales & Service, LLC**<br>**4181 Fir Road**<br>**Suite A**<br>**Mishawaka, IN 46545** |
| **Legacy Square Development, LLC**<br>**422 N. Northwest Highway**<br>**Suite 150**<br>**Park Ridge, IL 60068** | **Gypsum Supply Kalamazoo, Inc.**<br>**2815 Millcork St**<br>**Kalamazoo, MI 49001** |
| **Legacy Square Development, LLC**<br>**422 N. Northwest Highway**<br>**Suite 150**<br>**Park Ridge, IL 60068** | **Concord Electric, Inc.**<br>**56299 Bittersweet Rd.**<br>**Mishawaka, IN 46545** |
| **Legacy Square Development, LLC**<br>**422 N. Northwest Highway**<br>**Suite 150**<br>**Park Ridge, IL 60068** | **Ferguson Enterprises, Inc.**<br>**1310 Prairie Ave**<br>**South Bend, IN 46613** |
| **Legacy Square Development, LLC**<br>**422 N. Northwest Highway**<br>**Suite 150**<br>**Park Ridge, IL 60068** | **J.W. Green Development LLC**<br>**67571 US HIGHWAY 31**<br>**Plymouth, IN 46563** |
| **Legacy Square Development, LLC**<br>**422 N. Northwest Highway**<br>**Suite 150**<br>**Park Ridge, IL 60068** | **Hoosier Foundation, Inc.**<br>**2265 W 175 N**<br>**Lagrange, IN 46761-9323** |

Sheet  **15**  of  **18**  continuation sheets attached to the Schedule of Codebtors

In re      **Robert L Cimala,**                                                          Case No. _____
      **Ellen E McLaughlin**

                                   Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Legacy Square Development, LLC**<br>**422 N. Northwest Highway**<br>**Suite 150**<br>**Park Ridge, IL 60068** | **My New Place**<br>**343 Sansome Street**<br>**Suite 700**<br>**San Francisco, CA 94104** |
| **Legacy Square Development, LLC**<br>**422 N. Northwest Highway**<br>**Suite 150**<br>**Park Ridge, IL 60068** | **Irene Spaletto**<br>**7932 Stewart Drive**<br>**Darien, IL 60561** |
| **Legacy Square Development, LLC**<br>**422 N. Northwest Highway**<br>**Suite 150**<br>**Park Ridge, IL 60068** | **Burns Rent Alls, Inc.**<br>**332 W. Washington Ave.**<br>**Mishawaka, IN 46545** |
| **Legacy Square Development, LLC**<br>**422 N. Northwest Highway**<br>**Suite 150**<br>**Park Ridge, IL 60068** | **City of South Bend Indiana**<br>**Code Enforcement Division**<br>**227 W Jefferson Blvd, Ste 1400**<br>**South Bend, IN 46601** |
| **Legacy Square Development, LLC**<br>**422 N. Northwest Highway**<br>**Suite 150**<br>**Park Ridge, IL 60068** | **Clem Smith Htg & Air Conditioning**<br>**57450 CR 100**<br>**Elkhart, IN 46517** |
| **Legacy Square Development, LLC**<br>**422 N. Northwest Highway**<br>**Suite 150**<br>**Park Ridge, IL 60068** | **Consolidated Electrical Distributor**<br>**d/b/a All Phase Electrical Supply**<br>**P.O. Box 450**<br>**Lima, OH 45802** |
| **Legacy Square Development, LLC**<br>**422 N. Northwest Highway**<br>**Suite 150**<br>**Park Ridge, IL 60068** | **Danch Harner & Associates, Inc.**<br>**1634 Commerce Drive**<br>**South Bend, IN 46628** |
| **Legacy Square Development, LLC**<br>**422 N. Northwest Highway**<br>**Suite 150**<br>**Park Ridge, IL 60068** | **Daniel A. Lengacher**<br>**13218 Springfield Center Rd.**<br>**Grabill, IN 46741** |
| **Legacy Square Development, LLC**<br>**422 N. Northwest Highway**<br>**Suite 150**<br>**Park Ridge, IL 60068** | **Eagle Point Construction**<br>**845 Griffith St.**<br>**Osceola, IN 46561** |
| **Legacy Square Development, LLC**<br>**422 N. Northwest Highway**<br>**Suite 150**<br>**Park Ridge, IL 60068** | **Joseph H. Bontrager**<br>**6690 W. 550N**<br>**Shipshewana, IN 46565** |

Sheet __**16**__ of __**18**__ continuation sheets attached to the Schedule of Codebtors

In re    **Robert L Cimala,**
         **Ellen E McLaughlin**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Legacy Square Development, LLC**<br>**422 N. Northwest Highway**<br>**Suite 150**<br>**Park Ridge, IL 60068** | **Krieg Devault**<br>**4101 Edison Lakes Pkwy**<br>**Ste. 100**<br>**Mishawaka, IN 46545** |
| **Legacy Square Development, LLC**<br>**422 N. Northwest Highway**<br>**Suite 150**<br>**Park Ridge, IL 60068** | **Chris Jay Miller**<br>**Millen & Lehman, LLC**<br>**3920 N. State Road 5**<br>**Shipshewana, IN 46565** |
| **Legacy Square Development, LLC**<br>**422 N. Northwest Highway**<br>**Suite 150**<br>**Park Ridge, IL 60068** | **Nemeth, Feeney, Masters & Campiti**<br>**211 W Washington**<br>**Ste. 1800**<br>**South Bend, IN 46601** |
| **Legacy Square Development, LLC**<br>**422 N. Northwest Highway**<br>**Suite 150**<br>**Park Ridge, IL 60068** | **One Touch Automation, Inc.**<br>**316 South Eddy St.**<br>**South Bend, IN 46617** |
| **Legacy Square Development, LLC**<br>**422 N. Northwest Highway**<br>**Suite 150**<br>**Park Ridge, IL 60068** | **D&R Miller Concrete, Inc.**<br>**8825 W. 350 N**<br>**Shipshewana, IN 46565** |
| **Legacy Square Development, LLC**<br>**422 N. Northwest Highway**<br>**Suite 150**<br>**Park Ridge, IL 60068** | **Steven Emmons**<br>**d/b/a Construction Resources**<br>**60191 Cedar Rd.**<br>**Mishawaka, IN 46544** |
| **Legacy Square Development, LLC**<br>**422 N. Northwest Highway**<br>**Suite 150**<br>**Park Ridge, IL 60068** | **Steven J. Miller**<br>**1910 S. Wolcott Ave.**<br>**Chicago, IL 60609** |
| **Legacy Square Development, LLC**<br>**422 N. Northwest Highway**<br>**Suite 150**<br>**Park Ridge, IL 60068** | **T-Squared Associates, Inc.**<br>**Robert Tashijan**<br>**102 E, Mishawaka Ave.**<br>**Mishawaka, IN 46545** |
| **Legacy Square Development, LLC**<br>**422 N. Northwest Highway**<br>**Suite 150**<br>**Park Ridge, IL 60068** | **Thorne Grodnik, LLP**<br>**420 Lincoln Hwy West**<br>**Mishawaka, IN 46544** |
| **RLC Investments, LLC**<br>**6201 South Grant Street**<br>**Burr Ridge, IL 60527** | **Mutual Bank**<br>**4100 Edison Lakes Parkway**<br>**Mishawaka, IN 46545** |
| **RLC Investments, LLC**<br>**6201 South Grant Street**<br>**Burr Ridge, IL 60527** | **Swiss Plywood Corporation**<br>**Attn: Bill Borders**<br>**302 Main Street**<br>**Tell City, IN 47586** |

Sheet __**17**__ of __**18**__ continuation sheets attached to the Schedule of Codebtors

In re    **Robert L Cimala,**                                    Case No. _____
       **Ellen E McLaughlin**

_____,
Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **RLC Investments, LLC**<br>**6201 South Grant Street**<br>**Burr Ridge, IL 60527** | **NIPSCO**<br>**P.O. Box 13007**<br>**Merrillville, IN 46411** |
| **RLC Investments, LLC**<br>**6201 South Grant Street**<br>**Burr Ridge, IL 60527** | **South Bend Water Works**<br>**125 W. Colfax Ave.**<br>**South Bend, IN 46601** |
| **RLC Investments, LLC**<br>**6201 South Grant Street**<br>**Burr Ridge, IL 60527** | **Indiana Michigan Power**<br>**PO Box 24401**<br>**Canton, OH 44701-4407** |
| **RLC Investments, LLC**<br>**6201 South Grant Street**<br>**Burr Ridge, IL 60527** | **Comcast**<br>**P.O. Box 3002**<br>**Southeastern, PA 19398-3002** |
| **RLC Investments, LLC**<br>**6201 South Grant Street**<br>**Burr Ridge, IL 60527** | **UPS Masonry, Inc.**<br>**4615 Wisconsin Ave.**<br>**Berwyn, IL 60402** |
| **RLC Investments, LLC**<br>**6201 South Grant Street**<br>**Burr Ridge, IL 60527** | **Eddie's Landscaping, Inc.**<br>**1632 E. Cass St.**<br>**1A**<br>**Joliet, IL 60432** |
| **RLC Investments, LLC**<br>**6201 South Grant Street**<br>**Burr Ridge, IL 60527** | **Bemmco Hardware**<br>**1909 Ogden Ave.**<br>**Lisle, IL 60532** |
| **RLC Investments, LLC**<br>**6201 South Grant Street**<br>**Burr Ridge, IL 60527** | **Masters Irrigation**<br>**418 S. Meade St.**<br>**South Bend, IN 46619** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

02/12 4:05PM

B6I (Official Form 6I) (12/07)

In re     **Robert L Cimala**
      **Ellen E McLaughlin**                      Case No. _____
                Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Son**<br>**Son** | AGE(S):<br>**18**<br>**21**<br>**23** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Real Estate Developer** | **Attorney** |
| Name of Employer | | **Seyfarth Shaw, LLP** |
| How long employed | **30 years** | **30 years** |
| Address of Employer | | **131 S. Dearborn Street**<br>**Suite 2400**<br>**Chicago, IL 60603** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 44,617.88 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 44,617.88 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|     b. Insurance | $ 0.00 | $ 0.00 |
|     c. Union dues | $ 0.00 | $ 0.00 |
|     d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 44,617.88 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 0.00 | $ 44,617.88 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 44,617.88 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Robert L Cimala**
       **Ellen E McLaughlin**                                                    Case No. _____
                            Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 16,264.00 |
| a. Are real estate taxes included?    Yes **X**    No ___ | | |
| b. Is property insurance included?    Yes ___    No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 2,200.00 |
| b. Water and sewer | $ | 1,000.00 |
| c. Telephone | $ | 0.00 |
| d. Other  **See Detailed Expense Attachment** | $ | 2,040.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 2,728.00 |
| 4. Food | $ | 1,500.00 |
| 5. Clothing | $ | 1,000.00 |
| 6. Laundry and dry cleaning | $ | 400.00 |
| 7. Medical and dental expenses | $ | 500.00 |
| 8. Transportation (not including car payments) | $ | 1,200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 2,000.00 |
| 10. Charitable contributions | $ | 1,400.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 1,167.00 |
| b. Life | $ | 1,434.00 |
| c. Health | $ | 1,701.42 |
| d. Auto | $ | 943.00 |
| e. Other  **See Detailed Expense Attachment** | $ | 660.42 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)  **See Detailed Expense Attachment** | $ | 20,695.17 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 3,459.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **See Detailed Expense Attachment** | $ | 13,548.90 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 75,840.91 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ | 44,617.88 |
| b.    Average monthly expenses from Line 18 above | $ | 75,840.91 |
| c.    Monthly net income (a. minus b.) | $ | -31,223.03 |

02/02/12  4:05PM

**B6J (Official Form 6J) (12/07)**

In re    **Robert L Cimala**
         **Ellen E McLaughlin**                                              Case No. _____
_____
                         Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| Telephone/Cable.Internet | $ | 980.00 |
| Waste removal | $ | 60.00 |
| Lawncare and snow removal | $ | 600.00 |
| Pool maintenance | $ | 400.00 |
| **Total Other Utility Expenditures** | $ | **2,040.00** |

**Other Insurance Expenditures:**

| | | |
|---|---|---|
| Long term care insurance | $ | 376.86 |
| Disability insurance | $ | 283.56 |
| **Total Other Insurance Expenditures** | $ | **660.42** |

**Specific Tax Expenditures:**

| | | |
|---|---|---|
| Federal income taxes | $ | 19,000.00 |
| IL State Income Tax | $ | 404.38 |
| California State Income Tax | $ | 1,290.79 |
| **Total Tax Expenditures** | $ | **20,695.17** |

**Other Expenditures:**

| | | |
|---|---|---|
| Daughter's high school educational expenses | $ | 100.00 |
| Daughter's college tuition room and board and books | $ | 4,500.00 |
| Contributions to retirement accounts | $ | 8,289.00 |
| Student Loan Payments (Sallie Mae) | $ | 659.90 |
| **Total Other Expenditures** | $ | **13,548.90** |

2/02/12  4:05PM

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Robert L Cimala**
     **Ellen E McLaughlin**

                     Debtor(s)

Case No.

Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **67**  sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **February  2, 2012**            Signature    **/s/ Robert L Cimala**

                                                 **Robert L Cimala**
                                                 Debtor

Date  **February  2, 2012**            Signature    **/s/ Ellen E McLaughlin**

                                                  **Ellen E McLaughlin**
                                                 Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Robert L Cimala**
      **Ellen E McLaughlin**
                                                Debtor(s)    Case No. _____

Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$599,635.00** | **2011 Adjusted Gross Income as reported by Debtors on their Form 1040 US Individual Income Tax Return** |
| **$785,531.00** | **2010 Adjusted Gross Income as reported by Debtors on their Form 1040 US Individual Income Tax Return** |
| **$287,616.00** | **2009 Adjusted Gross Income as reported by Debtors on their Form 1040 US Individual Income Tax Return** |

2

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$7,740.00** | **Wife's 2010 Income from Somerset Investments GP** |
| **$24,000.00** | **Wife's estimated 2011 Income from Somerset Investments GP ("Somerset"). The assets of Somerset were sold; therefore, there will be no future income from Somerset.** |

### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Wells Fargo Home Mortgage**<br>**P.O. Box 10335**<br>**Des Moines, IA 50306** | **November & December 2011 and January 2012** | **$45,278.66** | **$2,530,569.76** |

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Belcorp Financial Services, Inc. v. Ellen E. McLaughlin Cimala a/k/a Ellen M. Cimala 2011 L 891** | **Collection/Judg ment of Confession** | **Circuit Court of Eighteenth Judicial Circuit, DuPage County, IL** | **Confession of Judgment** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **American Express Bank, FSB v. Robert Cimala 2011 AR 002540** | **Collection** | **Circuit Court of Eighteenth Judicial Circuit, Dupage County IL** | **Pending** |
| **Dominiack Mechanical Services, LLC vs. Legacy Square Development, LLC, Legacy Development and Construction, Inc. et. al. - Robert Cimala joined as a third party defendant. 71C01-1108-PL-00165** | **Receivership/foreclosure/contract** | **St. Joseph Circuit Court, St. Joseph County, IN** | **Pending** |
| **Mutual Bank vs. RLC Investments, LLC, Robert L Cimala and Ellen McLaughlin Cimala et. al. 71 DO5-1108-MF-00486** | **Receivership/foreclosure/contract** | **St. Joseph Superior Court, St. Joseph County, IN** | **Judgment** |
| **FirstMerit Bank, N.A., Plaintiff, v. Legacy Home Builders, Inc., Shannon Lakes Homeowners Association, Robert L. Cimala, and Ellen E. McLaughlin Cimala, Defendants; Case # 12 cv 00508** | **Mortgage Foreclosure/Breach of Contract** | **United States District Court for the Northern District of Illinois** | **Pending** |

None ☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **First Merit f/k/a George Washington 14701 S. Lagrange Road Orland Park, IL 60462** | **11/11/11** | **2 stock brokerage accounts at Morgan Stanley valued at ($280,351.61)** |

**5. Repossessions, foreclosures and returns**

None ■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☐    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **Robert E. Dunbar, Jr.**<br>**Cressy & Everett Management Corp.**<br>**3930 Edison Lakes Parkway**<br>**Ste. 200**<br>**Mishawaka, IN 46545** | **Mutual Bank vs. RLC Investments, LLC, Robert L Cimala and Ellen McLaughlin Cimala et. al.**<br>**71 DO5-1108-MF-00486** | **September 2011** | **3 student rental homes:**<br><br>**627 St. Peter Street**<br>**South Bend IN 46617**<br><br>**806 South Bend Ave.**<br>**South Bend, IN 46617**<br><br>**330 N. Sunnyside Ave.**<br>**South Bend, IN 46617**<br><br>**Value unknown** |

---

**7. Gifts**

None
☐    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Hinsdale Central High School - Leap Club**<br>**5500 S. Grant Street**<br>**Hinsdale, IL 60521** | **None** | **4/17/2011** | **Check # 1217 payable to the Hinsdale Central Leap Club for $1200. This was a silent auction fundraiser to help send students to South Africa for a school-sponsored event. Due to products obtained from the auction, the net value of the donation was no more than $300.** |
| **Colin Cimala**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **Son** | **3/30/2011** | **Birthday gift -$150** |
| **Colin Cimala**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **Son** | **December 25, 2011** | **Christmas gift - $250** |
| **Cameron Cimala**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **Son** | **6/28/2011** | **Birthday gift - $125** |
| **Cameron Cimala**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **Son** | **December 25, 2011** | **Christmas gift - $300** |
| **Mackenzie Cimala**<br>**6201 S. Grant Street**<br>**Burr Ridgk, IL 60527** | **Daughter** | **12/9/2011** | **Birthday gift - $225** |
| **Mackenzie Cimala**<br>**6201 S. Grant Street**<br>**Burr Ridge, IL 60527** | **Daughter** | **12/25/2011** | **Christmas gift - $325** |

5

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **St Isaac Jogues Church** **411 South Clay Street** **Hinsdale, IL 60521** | **None** | **2/26/2011** | **$300 for gift for funeral mass for debtor's mother.** |

---

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Foster & Smith** **3825 W. 192nd Street** **Homewood, IL 60430** | **6/30/2011 - $10,000** **10/1-2011 - $5,000** **1/7/2012 - $4,550.61** **Foster & Smith** | **$19.550.61 - Legal fees for services performed for Debtors in connection with failed settlement negotiations with Debtors' various creditors.** |
| **Foster & Smith** **3825 W. 192nd Street** **Homewood, IL 60430** | **2/1/2012** | **$10,000.00 Legal fee and filing fee for Chapter 7 Bankruptcy.** |

---

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **John J. Pembroke** **Trustee of the Legacy Square Development Irrevocable Trust** **    Beneficiaries are Debtors' children** | **1/3/2011** | **100% ownership interest of Legacy Square Development, LLC** |

6

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **See Recipients Listed Below** | **August 2010** | **Sold one third (1/3) interest in RWD Campus Development LLC for $575,435 to the following individuals:** |
| | | **Mr. David W. Kohlsaat and Mrs. Carol Kohlsaat 15 W 621 81st Street Burr Ridge, IL  60527** |
| | | **Mr. William Kohlsaat and Mrs. Traci Kohlsaat 9017 Kilkenny Drive Darien, IL 60561** |
| | | **Mr. Robert B. Kohlsaat and Mrs. Carol E. Kohlsaat Director Software Support SunGard Asset Arena TA 2300 Main Street, Suite 400 Kansas City, MO  64108** |
| **Cam Cimala 6201 S. Grant Street Burr Ridge, IL 60527     Son** | **6/28/10** | **2006 Volkswagen Toureg atuomobile** |
| **Derek Cimala 3426 Woodhaven Drive Somerset, KY 42501     Brother** | **4/1/2011** | **Derek Cimala was owed $1,816 from Somerset Investments. Robert Cimala mistakenly paid $920.68 from his personal checking account, rather than the Somerset Investments account, and wire-transferred it to Derek Cimala.** |
| **Emil Cimala Trust 621 S. Grant Strret Burr Ridge, IL 60527** | **10/21/11 and 10/24/11** | **$20,000 should have been deposited into the Somerset Investments account and then paid to the Emil Cimala Trust. The funds were mistakenly deposited into Robert Cimala's personal account. He transfered $20,000 (the portion due and owing to the trust) to the Emil Cimala Trust as follows:** |
| | | **Check # 10765 dated 10/21/11 for $16,000 cleared on 11/2/11; and Check # 10648 dated 10/24/11 for $4000 cleared on 11/7/11.** |
| **B&B Resources, Inc. 149 Creek Terrace Somerset, KY 42503** | **October 2011** | **Somerset Investments GP sold its assets to B&B Resources, Inc. in Ocober 2011 Value received by debtor Ellen McLaughlin was $17,202.72** |
| **Margie Cimala 528 Manor Drive Beckley, WV 25801     Mother** | **See detail** | **Payments to Margie Cimala that should have been made from the Emil Cimala Trust account were mistakenly paid out of Debtors' personal account: 1. Check # 10676 dated 2/3/11 for $750 cleared on 2/14/11 2. Check # 10716 dated 3/7/11 for $750 cleared on 3/14/11; 3. Check # 10655 dated 4/26/11 for $400 cleared on 5/2/11; 4. Check # 10769 dated 5/9/11 for $1030 cleared on 5/12/11; and 5. Check # 10797 dated 6/7/11 for $1030 cleared on 6/10.** |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Margie Cimala**<br><br>**Mother** | **See detail** | **Payments on behalf of Margie Cimala that should have been made from the Emil Cimala Trust account were mistakenly made out of personal account:**<br>**1. Check # 10870 dated 10/18/11 to West Virginia Department of Revenue (income taxes) for $224 cleared on 10/25/11.**<br>**2. Check # 10786 dated 5/26/11 to State Farm Insurance Company (health insurance) for $799.24 cleared on 5/31/11; and**<br>**3. Check # 10908 dated 10/14/11 to State Farm Insurance Company (health insurance) for $799.24 cleared on 10/18/11** |

None
■     b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☐     List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Morgan Stanley**<br>**111 S. Pfingston Road**<br>**Deerfield, IL 60015** | **Stock brokerage accounts** | **On or about 11/11//2011, First Merit seized 2 accounts and sold the securities in them for $280,351.61 as satisfaction for loans it was owed.** |
| **Citizens Financial Bank**<br>**Wonderland Professional Building**<br>**1100 Joliet  St.**<br>**Dyer, IN 46311** | **Checking account - 7796** | **DATE CLOSED:10/17/2011. Ending balance $393.05 (transferred to Debtors'p ersonal checking account at Citizens Financial Bank)** |
| **Citizens Bank**<br>**Wonderland Professional Building**<br>**1100 Joliet  St.**<br>**Dyer, IN 46311** | **Checking account -7788** | **DATE CLOSED: 9/19/2011. Ending balance $8.52** |
| **Citizens Bank**<br>**Wonderland Professional Building**<br>**1100 Joliet  St.**<br>**Dyer, IN 46311** | **7853 - Money market account** | **DATE CLOSED:1/25/12 - Ending balance $0.00.** |

### 12. Safe deposit boxes

None  ☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Citizens Financial Bank Wonderland Professional Center 1100 E. Joliet Street Dyer, IN 46311** | **Robert Cimala** | **There is nothing in safe deposit box.** | |

### 13. Setoffs

None  ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None  ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None  ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None  ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

### 18 . Nature, location and name of business

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| **SEE ATTACHED SCHEDULE A** | | | | |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ■ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                      DATES SERVICES RENDERED

None   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
■      of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                    DATES SERVICES RENDERED

None   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
■      of the debtor. If any of the books of account and records are not available, explain.

NAME                                                   ADDRESS

None   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■      issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                      DATE ISSUED

### 20. Inventories

None   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■      and the dollar amount and basis of each inventory.

DATE OF INVENTORY           INVENTORY SUPERVISOR       DOLLAR AMOUNT OF INVENTORY
                                                       (Specify cost, market or other basis)

None   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

DATE OF INVENTORY                                      NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                       RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

NAME AND ADDRESS                    NATURE OF INTEREST          PERCENTAGE OF INTEREST

None   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
■      controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                    TITLE                       NATURE AND PERCENTAGE
                                                                OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■      commencement of this case.

NAME                                ADDRESS                     DATE OF WITHDRAWAL

None   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■      immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                       DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■      If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■      If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■      If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **February  2, 2012**                    Signature  **/s/ Robert L Cimala**
                                                          **Robert L Cimala**
                                                          Debtor


Date  **February  2, 2012**                    Signature  **/s/ Ellen E McLaughlin**
                                                          **Ellen E McLaughlin**
                                                          Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

SCHEDULE A


Name of Entity:                    Seyfarth Shaw LLP
                                   Suite 2400
                                   131 S. Dearborn Street
                                   Chicago, IL  60603
Purpose of Entity:                 Law Firm
Ownership Interest in Entity:      Ellen owns less than 1% of partnership
Term of Partnership:               Ellen has been a partner for over 20 years
E.I.N. of Partnership:             36-2152202


Name of Entity:                    Somerset Investments General Partnership
                                   6201 South Grant Street
                                   Burr Ridge, IL  60527
Purpose of Entity:                 Owned interests in Kentucky gas wells
Ownership Interest in Entity:      Ellen owns 1/6th (.166667) of this general partnership.  The partnership
                                   started in the late 1980's.  Approximately 6 years ago, Robert
                                   transferred his partnership interest to Ellen.  The partnership sold its
                                   interests in the gas wells in October, 2011.  The partnership has no
                                   assets at this time.
Term of Partnership:               Ellen has been a partner for approximately 6 years
E.I.N. of Partnership:             36-3666582


Name of Entity:                    Legacy Home Builders, Inc.
                                   6201 South Grant Street
                                   Burr Ridge, IL  60527
Purpose of Entity:                 General contractor for single-family style homes
Ownership Interest in Entity:      Robert owns 100% of this corporation
Term of Partnership:               Robert has been the sole shareholder, sole director, president and
                                   secretary of this corporation since it was formed on 5/26/98.  The
                                   company is still in existence. This company is insolvent.
E.I.N. of Corporation:             36-4253509

| | |
|---|---|
| Name of Entity: | RWD Campus Developments, LLC |
| | 15 W 621 81st Street |
| | Burr Ridge, IL  60527 |
| Purpose of Entity: | Develop and own student housing project in South Bend, IN |
| Ownership Interest in Entity: | Robert owned 33.3334% of this company and was a managing partner of the company until he sold his interest in August, 2010. |
| Term of Partnership: | This limited liability company was formed 3/3/09.  Robert sold his interest in August, 2010. |
| E.I.N. of Company: | 90-0447357 |

| | |
|---|---|
| Name of Entity: | RLC Investments, L.L.C. |
| | 6201 South Grant Street |
| | Burr Ridge, IL  60527 |
| Purpose of Entity: | Developed and owned 3 student rental homes in South Bend, IN |
| Ownership Interest in Entity: | Robert Cimala owns 100% of this limited liability company and was the sole manager of the company until it was put into receivership in September, 2011.  The company's rental homes are subject to a pending foreclosure lawsuit. |
| Term of Company: | This entity was formed on 11/15/07 and is still in existence.  This company is insolvent. |
| E.I.N. of Corporation: | 30-0452450 |

| | |
|---|---|
| Name of Entity: | Legacy Square Development, L.L.C. |
| | 422 N. Northwest Highway |
| | Suite 150 |
| | Park Ridge, IL  60068 |
| | Attention:  John J. Pembroke |
| Purpose of Entity: | Developer for the Legacy Square condominium project in South Bend, IN to be operated as a student housing development. |
| Ownership Interest in Entity: | This entity was formed on 8/30/07.  Until 1/3/11, Robert Cimala was the sole owner and sole manager of this company.  On 1/3/11, Robert Cimala transferred 100% of his ownership interest in this limited liability company to John J. Pembroke, as Trustee of The Legacy Square Development Irrevocable Trust. The beneficiaries of this irrevocable trust are the children of Robert and Ellen Cimala.   On 2/16/11, Robert Cimala resigned as the managing partner of the company and John Pembroke was appointed to such position on 2/17/11. |
| Term of Company: | This entity was formed on 8/30/07 and is still in existence.  This company is insolvent. |
| E.I.N. of Corporation: | 80-0270911 |

| | |
|---|---|
| Name of Entity: | Legacy Development and Construction, Inc. |
| | 6201 South Grant Street |
| | Burr Ridge, IL  60527 |
| Purpose of Entity: | This company was established to be the general contractor of the Legacy Square project in South Bend, IN. |
| Ownership Interest in Entity: | Robert owns 100% of this corporation. Robert has been the sole shareholder, sole director, president and secretary of this corporation since it was formed on 10/21/10. |
| Term of Corporation: | This corporation was formed on 10/21/10 and is still in existence.  This company is insolvent. |
| E.I.N. of Corporation: | 30-0649778 |

3

2/02/12 4:05PM

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Robert L Cimala**
**Ellen E McLaughlin**
_____     Case No. _____
                                    Debtor(s)     Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by
property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**BMW of North America, LLC** | **Describe Property Securing Debt:**<br>**Lease on 2010 BMW 750i** |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain  __**Assume lease**__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Lexus Financial Service** | **Describe Property Securing Debt:**<br>**2010 Lexus RX 350** |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain  _____  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt          ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                      Page 2

| Property No. 3 | |
| --- | --- |
| **Creditor's Name:**<br>**Wells Fargo Bank, NA** | **Describe Property Securing Debt:**<br>**Debtors' homestead.**<br>**Location: 6201 S. Grant Street, Burr Ridge IL 60527** |

Property will be (check one):
☐ Surrendered                           ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain __Debtors will continue to make monthly mortgage payments__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                     ■ Not claimed as exempt

| Property No. 4 | |
| --- | --- |
| **Creditor's Name:**<br>**Wells Fargo Home Mortgage** | **Describe Property Securing Debt:**<br>**Debtors' homestead.**<br>**Location: 6201 S. Grant Street, Burr Ridge IL 60527** |

Property will be (check one):
☐ Surrendered                           ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain __Debtors will continue to make monthly mortgage payments__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                     ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
| --- | --- | --- |
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ☐ NO |

B8 (Form 8) (12/08)                                                                                                    Page 3

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **February  2, 2012**                          Signature  **/s/ Robert L Cimala**
                                                                 **Robert L Cimala**
                                                                 Debtor


Date  **February  2, 2012**                          Signature  **/s/ Ellen E McLaughlin**
                                                                 **Ellen E McLaughlin**
                                                                 Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Robert L Cimala**
**Ellen E McLaughlin**

Debtor(s)

Case No.

Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **10,000.00** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **February  2, 2012**

**/s/ Chester H. Foster, Jr. ARDC#**
**Chester H. Foster, Jr. ARDC# 03122632**
**Foster & Smith**
**3825 W. 192nd Street**
**Homewood, IL 60430**
**708-799-6300  Fax: 708-799-6339**
**chf@fostersmithlaw.com**

## ATTORNEY CONTRACT

If you receive services from our office regarding Bankruptcy, the law requires that you and I sign a written agreement. If you wish to hire us, you must sign below. Our firm will charge a basic fee (as explained below) of $10,000 for representing you in connection with your Bankruptcy Case (inclusive of the $306 filing fee that we must pay to the clerk of court when your case is filed.

The $10,000 basic fee will include:

1)      Analysis of your financial situation, and rendering advice to you to help you  to decide whether to file a petition in Bankruptcy;
2)      Preparation and filing of the petition, schedules and statement of financial affairs;
3)      Representing you at the meeting of creditors and any continued hearings thereof;
4)      Responding to inquiries and correspondence from your creditors prior to and after your case has been filed.

The $10,000 basic fee DOES NOT INCLUDE:

1)      **Representing you in connection with the defense of any Non-Dischargeability Action or any other Adversary Proceedings that are brought against you.**[1]

**If you sign below, you are agreeing to do the following:**

1)      Completely and honestly fill out all the forms provided to you
2)      Provide all the documentation requested
3)      Promptly respond to any inquiries we make
4)      Authorize our office to order a copy of your credit report
5)      Pay all fees for services prior to the filing of your case

---

[1] **If any of your creditors does bring a Non-Dischargeability Action or other Adversary Proceedings against you and you desire us to represent you in connection with any such action, we would have to work out an acceptable fee arrangement at that time. However, it is our hope that no such action will be commenced against you.**

## YOU AGREE TO MAIL OR DROP OFF EVERY ITEM REQUESTED
## ON THE FOLOWING CHECKLIST

_____ Cash or Money Order for Fees and Costs Quoted by our office

_____ Completed Bankruptcy Worksheets listing all Creditors, including name, address,
account number and balance owed

_____ Federal and State Income Tax Returns for the two preceding tax years and for the
current year if it has been prepared and W-2s for each of these years

_____ All Evidence of payments from your employer and of household income, such as
child support, Social Security, pension, disability, unemployment, public
assistance, etc. for you and your spouse received within 90 days before filing.
521(a)(1)(B)(iv)

_____ A Copy of your Social Security Card(s)

_____ Copies of any pending lawsuits, wage garnishments, wage assignments or other
legal actions, including any divorce decrees and court ordered child support
payments and any foreclosure lawsuits pertaining to real estate

_____ Copy of all installment loan documents, such as vehicle loans or vehicle leases,
Furniture purchases, jewelry purchases, or other secured loans.

_____ A written appraisal from Car Max for all motor vehicles

_____ A drive-by appraisal of all of your real estate by a local realtor.

| Agreed To: | Agreed To: |
|---|---|
| _____ | _____ |
| Robert L. Cimala | Justin Foster, Attorney |
| _____ | |
| Ellen E. McLaughlin | |

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

2/02/12 4:05PM

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re | **Robert L Cimala**
**Ellen E McLaughlin** | Case No.
--- | --- | ---
| Debtor(s) | Chapter | **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Robert L Cimala**
**Ellen E McLaughlin**                                          X  **/s/ Robert L Cimala**              **February  2, 2012**

Printed Name(s) of Debtor(s)                                        Signature of Debtor                    Date

Case No. (if known) _____               X  **/s/ Ellen E McLaughlin**          **February  2, 2012**

                                                                   Signature of Joint Debtor (if any)      Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re **Robert L Cimala**
**Ellen E McLaughlin**

Case No.

Chapter  **7**

Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **155**


The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date:  **February  2, 2012**                    **/s/ Robert L Cimala**
**Robert L Cimala**
Signature of Debtor

Date:  **February  2, 2012**                    **/s/ Ellen E McLaughlin**
**Ellen E McLaughlin**
Signature of Debtor

609 SB, LLC
60191 Cedar Road
Mishawaka, IN 46554


Advanta Bank Corp
P.O. Box 9217
19191
Old Bethpage, NY 11804-9217


Alex Vander Linde
210 Holmes Avenue
Clarendon Hills, IL 60514


American Express
P.O. Box 981535
El Paso, TX 79998-1535


Andrew McKeon
9190 Silverline Drive
Fairfax Station, VA 22039


Ann Cragg
5024 Bruce Avenue
Edina, MN 55424


Anthony John Carucci
Apt. 6
5725 Town Center Drive
Granger, IN 46530


Ashley Aranha
1233 Snow Court
Batavia, IL 60510


Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026


Bank of America
PO Box 982238
El Paso, TX 79998-2238

Belcorp Financial Services, Inc.
120 E. Ogden Ave.
Suite 124
Hinsdale, IL 60521


Bemmco Hardware
1909 Ogden Ave.
Lisle, IL 60532


Bill Cowley
1919 Srathmoor Blvd.
Louisville, KY 40205


BMW Financial Services NA, LLC
P.O. Box 78103
Phoenix, AZ 85062-8103


BMW of North America, LLC
300 Chestnut Ridge Road
Woodcliff Lake, NJ 07677-7731


Brandon Karas
2714 York Court
Southlake, TX 76092


Brendan Ward
244 23rd Avenue
Brick, NJ 08724


Brittany Bowlen
9 Cherry Hills Drive
Englewood, CO 80113


Burns Rent Alls, Inc.
332 W. Washington Ave.
Mishawaka, IN 46545


Cabaret Cabinetry, Inc.
10409 Vermont Ave
Hayward, WI 54843


California Franchise Tax Board
P.O. Box 942867
Sacramento, CA 94267-0011

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285


Caralyn Mezyk
717 Pasquerilla East
Notre Dame, IN 46556


CBeyond
320 Interstate North Pkwy
Suite 300
Atlanta, GA 30339


Chase Card Services
PO Box 15298
Att: Bankruptcy
Wilmington, DE 19850-5298


Chase Card Services
P.O. Box 15298
Attn: Bankruptcy
Wilmington, DE 19850-5298


Chris Jay Miller
Millen & Lehman, LLC
3920 N. State Road 5
Shipshewana, IN 46565


Cimala & Associates, PC
601 Grant Street
Burr Ridge, IL 60527


Cimala & Associates, PC
6201 Grant Street
Burr Ridge, IL 60527


City of South Bend Indiana
Code Enforcement Division
227 W Jefferson Blvd, Ste 1400
South Bend, IN 46601


Claudio Perez
428 Howard Street
South Bend, IN 46617

Clem Smith Htg & Air Conditioning
57450 CR 100
Elkhart, IN 46517

Comcast
P.O. Box 3002
Southeastern, PA 19398-3002

Complete Flashings, Inc.
514 Forest Preserve Drive
Wood Dale, IL 60191

Concord Electric, Inc.
56299 Bittersweet Rd.
Mishawaka, IN 46545

Concordio Vince-Cruz
8926 Lemona Ave.
North Hills, CA 91343

Connor White
1801 Irish Way
South Bend, IN 46637

Consolidated Electrical Distributor
d/b/a All Phase Electrical Supply
P.O. Box 450
Lima, OH 45802

Cris Bok
49 Spring Street
Hope Valley, RI 02832

D&R Miller Concrete, Inc.
8825 W. 350 N
Shipshewana, IN 46565

Dan Zebrowski
67 Harrison Street
Verona, NJ 07044

Danch Harner & Associates, Inc.
1634 Commerce Drive
South Bend, IN 46628

Daniel A. Lengacher
13218 Springfield Center Rd.
Grabill, IN 46741


Daniel Ostendorf
1002 Miner Street
South Bend, IN 46617


David & Mary Ann Mayo
1339 Leeper Ave.
South Bend, IN 46617


Dominiack Mechanical Services LLC
2338 Pebble Creek Ct
South Bend, IN 46628


Drywall Sales & Service, LLC
4181 Fir Road
Suite A
Mishawaka, IN 46545


Eagle Point Construction
845 Griffith St.
Osceola, IN 46561


Eddie's Landscaping, Inc.
1632 E. Cass St.
1A
Joliet, IL 60432


Elizabeth Moore
1133 5th Avenue
New York, NY 10128


Emily de Araujo
974 Dewsenberry Road
Bronson, MI 49028


Emily Nickles
25381 Elderwood
Lake Forest, CA 92630


Energy Saving Insulation, Inc.
6817 Hobson Valley Drive
Woodridge, IL 60517

Erin Cavanaugh
8388 SE 50th PL
Mercer Island, WA 98040


Ferguson Enterprises, Inc.
1310 Prairie Ave
South Bend, IN 46613


First Merit f/k/a George Washington
14701 S. Lagrange Road
Orland Park, IL 60462


Garrett Brown
431 Myrtle Street
Laguna Beach, CA 92651


Goodman and Wallace, P.C.
P.O. Box 1886
Edwards, CO 81632


Guy Hunt III
525 Williams Street
Springfield, IL 62704


Gypsum Supply Kalamazoo, Inc.
2815 Millcork St
Kalamazoo, MI 49001


Hannah Hupp
1304 Summit Place
Valparaiso, IN 46385


Hitomi Floyd
4425 SW 52nd Cir.
Unit 103
Ocala, FL 34474


Hoosier Foundation, Inc.
2265 W 175 N
Lagrange, IN 46761-9323


Illinois Department of Revenue
Bankruptcy Section - Level 7-425
100 W. Randolph Street
Chicago, IL 60601

Indiana Michigan Power
PO Box 24401
Canton, OH 44701-4407


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114-7346


Irene Spaletto
7932 Stewart Drive
Darien, IL 60561


J.W. Green Development LLC
67571 US HIGHWAY 31
Plymouth, IN 46563


James Browning
315 Napoleon Street
South Bend, IN 46617


Jamie Murray
49 Welles Lane
New Canaan, CT 06840


Jarrett Knight
607 Runnymede Rd
Raleigh, NC 27607


Jennifer Lee
Lewis Hall, Room 206
Notre Dame, IN 46556


Joe Yatco
c/o School of Architecture
University of Notre Dame
Notre Dame, IN 46556


Joseph Donovan
1421 North 143rd Street
Omaha, NE 68154


Joseph H. Bontrager
6690 W. 550N
Shipshewana, IN 46565

Justin Buol
3273 Edmonton Dr.
Sun Prairie, WI 53590


Katelyn Lentz
5100 Crestwood Lane
Ellicott City, MD 21043


Kathleen Bracke
2960 15th Avenue
Moline, IL 61265


Katie Rose
15 Sovereign Circle
Richmond, TX 77469


Kelsey Eckenrode
1400 Highlands Court
Columbia, MO 65203


Kennedy Collins
177 Campbell Ave.
Williston Park, NY 11596


Kevin Kershisnik
2392 E. Tessaridge Drive
Highlands Ranch, CO 80126


Kevin Magas
18712 Dickens Drive
Mokena, IL 60448


Krieg Devault
4101 Edison Lakes Pkwy
Ste. 100
Mishawaka, IN 46545


Kristen Figari
400 Noah Circuit Drive
Beaumont, TX 77706


Laura Hemington
185 Hanna Way
Menlo Park, CA 94025

Legacy Campus Development LLC
6201 S.Grant Street
Burr Ridge, IL 60527


Legacy Development Construction Inc
6201 S. Grant Street
Burr Ridge, IL 60527


Legacy Home Builders, Inc.
6201 South Grant Street
Burr Ridge, IL 60527


Legacy Square Development LLC
422 N. Northwest Highway
Suite 150
Park Ridge, IL 60068


Legacy Square Development, LLC
422 N. Northwest Highway
Suite 150
Park Ridge, IL 60068


Leo Keliher
2424 Hoffman Street
Bronx, NY 10458


Leslie Tatlow
309 Jefferson Drive
Malvern, PA 19355


Lexus Financial Service
P.O. Box 8026
Cedar Rapids, IA 52408-8026


Lexus Financial Service
P.O. Box 6630
Fargo, ND 58125


Lindora Lopes
8 Freeborn Street
Newport, RI 02840


Lindsay Gisselman
5108 Turnberry Ct
Plainfield, IL 60586

Madeline Fox
1843 Laurinda Drive
San Jose, CA 95124


Maribeth Juraska
1233 Snow Court
Batavia, IL 60510


MaryJo & J. Paul McPherson III
834 Blackburn Road
Sewickley, PA 15143


Masters Irrigation
418 S. Meade St.
South Bend, IN 46619


Matthew Formica
73 Morris Ave.
Haworth, NJ 07641


Maureen Ren
717 Pasquerilla East
Notre Dame, IN 46556


Megan Flaherty
48048 Andover Drive
Novi, MI 48374


Melanie LaBate
215 Saint Charles Place
Pittsburgh, PA 15215


Michelle Ferreira
5405 Lorenza Court
San Gabriel, CA 91776


Mike Altenberger
9521 Liberty Tree Ln
Vienna, VA 22182


Mutual Bank
4100 Edison Lakes Parkway
Mishawaka, IN 46545

My New Place
343 Sansome Street
Suite 700
San Francisco, CA 94104


Nemeth, Feeney, Masters & Campiti
211 W Washington
Ste. 1800
South Bend, IN 46601


Night Light, Inc.
148 Eisenhower Lane North
Lombard, IL 60148


NIPSCO
P.O. Box 13007
Merrillville, IN 46411


Nordstrom Bank
PO Box 6555
Englewood, CO 80155


Notre Dame Federal Credit Union
PO Box 7878
Notre Dame, IN 46556


One Touch Automation, Inc.
316 South Eddy St.
South Bend, IN 46617


Paul Moya
16 Jaramillo Blvd.
Los Lunas, NM 87031


Pauline Bui
10771 La Terazza Avenue
Fountain Valley, CA 92708


Platinum-Poolcare Aquatech Ltd
300 Industrial Lane
Wheeling, IL 60090


Plymouth Place Senior Living
315 North Lagrange Road
La Grange Park, IL 60526-5695

Ritz Carlton Club
100 Bachelor Gulch Trail
Bachelor Gulch, CO 81620


RLC Investments, LLC
6201 South Grant Street
Burr Ridge, IL 60527


Robin E. O'Brien
435 Red Coat Lane
Wayne, PA 19087


Ryan Dibble
315 Napoleon Street
South Bend, IN 46617


Ryan Robinson
5824 Long Brake Tr 1
Edina, MN 55439


Scott Gerland
311 Louella Ave.
Wayne, PA 19087


South Bend Water Works
125 W. Colfax Ave.
South Bend, IN 46601


Southwest Insulation, Inc.
5535 W. 110th St.
Unit 3
Woodridge, IL 60517


Spalding Design Group, LLC
106 Linconway
East Mishawaka, IN 46544


Stephanie Kurek & Sam Pellerido
c/o Steve Olsen - Yoder Ainlay
130 Main St.
Etna Green, IN 46524

Stephanie Kurek & Sam Pellerito
c/o Yoder, Ainlay et. al
130 N Main St.
Goshen, IN 46527


Stephen J & Margaret Mudjer
15 W 700 81st Street
Burr Ridge, IL 60527


Steve Siegfried
c/o CorseMax, Inc.
900 West Valley Road
Wayne, PA 19087-1824


Steven Emmons
d/b/a Construction Resources
60191 Cedar Rd.
Mishawaka, IN 46544


Steven J. Miller
1910 S. Wolcott Ave.
Chicago, IL 60609


Swiss Plywood Corporation
Attn: Bill Borders
302 Main Street
Tell City, IN 47586


T-Squared Associates, Inc.
Robert Tashijan
102 E, Mishawaka Ave.
Mishawaka, IN 46545


Tamara Nguyen
8541 Enfield Ave.
Northridge, CA 91325


The Room Place
World Financial Network Bank
PO Box 182782
Columbus, OH 43218-2782


Thorne Grodnik, LLP
420 Lincoln Hwy West
Mishawaka, IN 46544

Tiffany Knipp
9623 Tunbridge Lane
Knoxville, TN 37922


Travis Pruitt
1801 Irish Way
South Bend, IN 46637


U.S. Department of Education
Direct Loan Security Center
PO Box 5609
Greenville, TX 75403-5609


University of Notre Dame
Office of VP - University Relations
405 Main Building
Notre Dame, IN 46556-4635


University of Notre Dame
Notre Dame, IN 46556


UPS Masonry, Inc.
4615 Wisconsin Ave.
Berwyn, IL 60402


VFP Fire Systems
301 York Avenue N
Saint Paul, MN 55130


Victoria O'Malley
3272 Stonegate Drive
Huntington Valley, PA 19006


Victoria Scheid
1955 Mountain Laurel Circle
Highlands Ranch, CO 80126


Wells Fargo
PO Box 348750
Sacramento, CA 95834


Wells Fargo Bank, NA
PO Box 4233
Portland, OR 97208-4233

Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306


West Custom Homes
15950 Will Cook Road
Homer Glen, IL 60491


Westin Club Regina
Cabos San Lucas
Mexico


Yasunori Hagiwara
620 Newberry Drive
Elk Grove Village, IL 60007


Zeeland Lumber & Supply Co.
146 E Washington Ave
Zeeland, MI 49464