# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                                        §
                                              §
CIMALA, ROBERT L                              §        Case No. 12-03802
MCLAUGHLIN, ELLEN E                           §
                                              §
                          Debtor(s)           §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter      of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on                  .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]              $

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                and the deadline for filing governmental claims was                . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $              .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $          as interim compensation and now requests a sum of $              , for a total compensation of $          [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $          [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/N. Neville Reid, Trustee_____
                                                      Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

_____

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Exhibit A - FORM1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| | |
|---|---|
| Case No:     12-03802   DRC   Judge: DONALD R. CASSLING | Trustee Name:   N. Neville Reid, Trustee |
| Case Name:   CIMALA, ROBERT L | Date Filed (f) or Converted (c):   02/02/12 (f) |
| MCLAUGHLIN, ELLEN E | 341(a) Meeting Date:   04/30/12 |
| For Period Ending:   05/10/13 | Claims Bar Date:   07/23/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. RENTAL PROPERTY | 2,250,000.00 | 0.00 | | 0.00 | FA |
| Debtors' homestead. Location: 6201 S. Grant Street, Burr Ridge IL 60527 | | | | | |
| 2. RENTAL PROPERTY | 46,875.00 | 46,000.00 | | 46,000.00 | FA |
| Deeded fractional interest in vacation condominium. Unit 3405, Ritz Carlton Club Bachelor Gulch, 100 Bachelor Gulch Trail, Bachelor Gulch Village, CO 81620   (See note below) | | | | | |
| 3. CASH | 190.00 | 0.00 | | 0.00 | FA |
| Cash on hand carried by Debtors. | | | | | |
| 4. FINANCIAL ACCOUNTS | 584.30 | 774.30 | | 774.30 | FA |
| Checking account located at Citizens Financial Bank, Dyer IN. | | | | | |
| 5. HOUSEHOLD GOODS | 5,000.00 | 15,000.00 | | 15,000.00 | FA |
| Miscellaneous household goods and furnishings. (See note below) | | | | | |
| 6. WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| Personal clothing. | | | | | |
| 7. FIREARMS AND HOBBY EQUIPMENT | 500.00 | 0.00 | | 0.00 | FA |
| 1 45 caliber Smith & Wesson handgun. | | | | | |
| 8. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| Protective Life Insurance Company (Policy #1373) Customer Service Post Office Box 12687 Birmingham, AL  35202-6687 Death Benefit Amount: $3,000,000 Beneficiary: Ellen E. McLaughlin Trust Dated August 29, 1990, as Amended NO CASH SURRENDER VALUE | | | | | |
| 9. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 2.Northwestern Mutual Insurance Company (Policy # 7-931) 720 East Wisconsin Avenue Milwaukee, WI  53202 Death Benefit Amount: $1,000,000 Beneficiary: Ellen E. McLaughlin Trust Dated August 29, 1990, as Amended NO CASH SURRENDER VALUE | | | | | |

Exhibit A - FORM1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No: | 12-03802 | DRC | Judge: DONALD R. CASSLING |
|---|---|---|---|
| Case Name: | CIMALA, ROBERT L | | |
| | MCLAUGHLIN, ELLEN E | | |

| Trustee Name: | N. Neville Reid, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 02/02/12 (f) |
| 341(a) Meeting Date: | 04/30/12 |
| Claims Bar Date: | 07/23/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| Life Insurance Company of North America (Policy # 3069) 1601 Chestnut Street Philadelphia, PA  19192-2235 Death Benefit: $1,000,000 Beneficiary: Ellen E. McLaughlin Trust Dated August 29, 1990, as Amended NO CASH SURRENDER VALUE | | | | | |
| 11. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| Life Insurance Company of North America (Policy # 3070) 1601 Chestnut Street Philadelphia, PA  19192-2235 Death Benefit: $1,000,000 Beneficiary: Ellen E. McLaughlin Trust Dated August 29, 1990, as Amended | | | | | |
| 12. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| Protective Life Insurance Company Policy # E00331370 Customer Service Post Office Box 12687 Birmingham, AL  35202-6687 Death Benefit: $3,000,000 Beneficiary: Robert L. Cimala Trust Dated August 29, 1990, as Amended NO CASH SURRENDER VALUE | | | | | |
| 13. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| Northwestern Mutual Insurance Company (Policy 7-949) 720 East Wisconsin Avenue Milwaukee, WI  53202 Death Benefit Amount: $1,000,000 Beneficiary: Robert L. Cimala Trust Dated August 29, 1990, as Amended NO CASH SURRENDER VALUE | | | | | |
| 14. RETIREMENT PLANS | 353,355.37 | 0.00 | | 0.00 | FA |
| Seyfarth Shaw Retirement Plan for Partners FBO Ellen McLaughlin held by Morgan Stanley, Deerfield, IL | | | | | |
| 15. RETIREMENT PLANS | 121,271.98 | 0.00 | | 0.00 | FA |
| Charles Schwab Trust Company, Trustee for Seyfarth Shaw retirement Plan for Partners FBO Ellen McLaughlin, Charles Schwab Trust Company, San Francisco, CA . | | | | | |

Exhibit A - FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   3

Exhibit A

| Case No: | 12-03802 | DRC | Judge: DONALD R. CASSLING |
|---|---|---|---|
| Case Name: | CIMALA, ROBERT L | | |
| | MCLAUGHLIN, ELLEN E | | |

Trustee Name:   N. Neville Reid, Trustee
Date Filed (f) or Converted (c):   02/02/12 (f)
341(a) Meeting Date:   04/30/12
Claims Bar Date:   07/23/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 16. RETIREMENT PLANS | 359,498.15 | 0.00 | | 0.00 | FA |
| 401(k) Plan Charles Schwab Trust Company, San Francisco CA<br>($50,000 loan against this account) being paid back monthly) | | | | | |
| 17. RETIREMENT PLANS | 983,458.00 | 0.00 | | 0.00 | FA |
| Seyfarth Shaw LLP Defined Benefit Retirement Plan | | | | | |
| 18. STOCK | 100.00 | 0.00 | | 0.00 | FA |
| 100% ownership interest in Legacy Home Builders, Inc., an insolvent<br>Illinois corporation. | | | | | |
| 19. STOCK | 100.00 | 0.00 | | 0.00 | FA |
| 100% ownership interest in RLC Investments, LLC, an insolvent Illinois<br>Limited Liability Company. | | | | | |
| 20. STOCK | 100.00 | 0.00 | | 0.00 | FA |
| 100% ownership interest in Legacy Development and Construction,<br>Inc., an insolvent Illinois corporation. | | | | | |
| 21. PARTNERSHIP | Unknown | 89,319.00 | | 89,319.00 | FA |
| Partner in law firm Seyfarth Shaw LLP, Chicago IL (This partnership<br>interest cannot be pledged in any manner)  Capital account valued at<br>$266,000   (See note below) | | | | | |
| 22. PARTNERSHIP | 236,380.00 | 236,380.00 | | 236,380.00 | FA |
| 2011 Seyfarth Shaw partnership distribution be paid to Ellen in April,<br>2012.  The final amount of this distribution has not been determined.<br>The debtors' best estimate is that the distribution will equal to or less<br>than the market value listed. | | | | | |
| 23. CONTINGENT CLAIMS | Unknown | 47,750.00 | | 47,750.00 | FA |
| Estimated liquidation value of $47,500 of membership at Ruth Lake<br>Country Club, 6200 S. Madison Street, Hinsdale, IL 60521, if debtors<br>are forced to forfeit membership.   (See note below) | | | | | |

Exhibit A - FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    4

Exhibit A

| Case No: | 12-03802    DRC    Judge: DONALD R. CASSLING |
| Case Name: | CIMALA, ROBERT L |
| | MCLAUGHLIN, ELLEN E |

| Trustee Name: | N. Neville Reid, Trustee |
| Date Filed (f) or Converted (c): | 02/02/12 (f) |
| 341(a) Meeting Date: | 04/30/12 |
| Claims Bar Date: | 07/23/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24. CONTINGENT CLAIMS | 0.00 | 100.00 | | 100.00 | FA |
| 50% (undocumented) ownership interest in Westin Time Share in Cabo San Lucas Mexico.  (See note below) | | | | | |
| 25. VEHICLES | 34,000.00 | 0.00 | | 0.00 | FA |
| 2010 Lexus RX 350 | | | | | |
| 26. OTHER MISC. | 0.00 | 100.00 | | 100.00 | FA |
| Lease on 2010 BMW 750i | | | | | |
| 27. OTHER MISCELLANEOUS (u) | 0.00 | 9,481.00 | | 9,481.00 | FA |
| Potential Claim Against Legacy Homebuilders | | | | | |
| 28. ACCOUNTS RECEIVABLE | Unknown | 0.00 | | 0.00 | FA |
| 29. RETIREMENT PLANS (u) | 42,381.00 | 0.00 | | 0.00 | FA |
| Seyfarth Shaw, LLP - Cash Balance Plan | | | | | |
| 30. VEHICLES (u) | 0.00 | 12,000.00 | | 12,000.00 | FA |
| 2006 Volkswagen Toureg, VIN NO. WVGZM77L36D027534 | | | | | |
| 31. VEHICLES (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 2004 Ford Explorer | | | | | |
| 32. FURS AND JEWELRY | 29,400.00 | 25,250.00 | | 25,250.00 | FA |
| INT. POST-PETITION INTEREST DEPOSITS (u) | Unknown | N/A | | 8.58 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $4,464,193.80 | $487,154.30 | | $487,162.88 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**Exhibit A - FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| | | | | |
|---|---|---|---|---|
| Case No: | 12-03802 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | N. Neville Reid, Trustee |

Case Name:   CIMALA, ROBERT L

MCLAUGHLIN, ELLEN E

Date Filed (f) or Converted (c):   02/02/12 (f)

341(a) Meeting Date:   04/30/12

Claims Bar Date:   07/23/12

TFR prepared due to early payment of Note by Debtor.

Rider 1A - Funds received by the estate with respect to assets numbers 2, 5, 21-24, 26, 27 and 30-32 on the Form 1
reflect proceeds received  by the Trustee from a sale of such assets back to the Debtor pursuant to a court-approved
Asset Purchase Agreement.

Initial Projected Date of Final Report (TFR): 12/31/13      Current Projected Date of Final Report (TFR): 05/02/13

/s/      N. Neville Reid, Trustee

_____ Date: 05/31/13

N. NEVILLE REID, TRUSTEE

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 12-03802 -DRC | |
| Case Name: | CIMALA, ROBERT L | |
| | MCLAUGHLIN, ELLEN E | |
| Taxpayer ID No: | *******8382 | |
| For Period Ending: | 05/10/13 | |

| | |
|---|---|
| Trustee Name: | N. Neville Reid, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******3547  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 234,468.65 | | 234,468.65 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 144.54 | 234,324.11 |
| 10/29/12 | 300001 | Real-Time Reporters, Inc. | July 11, 2012, Transcript | 2990-000 | | 838.00 | 233,486.11 |
| | | 100 West Monroe Street, Suite 2002 | at the 341 Meeting - Invoice # 9143M | | | | |
| | | Chicago, IL  60603 | | | | | |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 149.31 | 233,336.80 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 143.92 | 233,192.88 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 148.56 | 233,044.32 |
| 02/06/13 | 300002 | International Sureties, Ltd | Bond # XXXX6455 | 2300-000 | | 257.63 | 232,786.69 |
| | | Suite 420 | Term 02-01-13 to 02-01-14 | | | | |
| | | 701 Poydras Street | Blanket Bond Amount $60,894,000 | | | | |
| | | New Orleans, LA  70139 | | | | | |
| | | | 504-581-6404 | | | | |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 346.42 | 232,440.27 |
| 02/20/13 | 2 | Robert L. Cimala | Per the Asset Purchase Agreement | 1110-000 | 10,000.00 | | 242,440.27 |
| | | Cashier's Check 9242317802 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 316.58 | 242,123.69 |
| 03/20/13 | 2 | Robert L. Cimala | Per the Asset Purchase Agreement | 1110-000 | 4,000.00 | | 246,123.69 |
| | | Ellen McLaughlin Cimala | | | | | |
| | | 6201 South Grant St. | | | | | |
| | | Burr Ridge, IL  60527-5134 | | | | | |
| | | Check # 127 | | | | | |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 362.64 | 245,761.05 |
| 04/15/13 | * NOTE * | Robert L. Cimala | Per the Asset Purchase Agreement | 1229-000 | 236,000.00 | | 481,761.05 |
| | | Ellen McLaughlin Cimala | * NOTE *  Properties 2, 5, 21, 23, 24, 26, 27, 30, 31, | | | | |

| | | | |
|---|---|---|---|
| | Page Subtotals | 484,468.65 | 2,707.60 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM24

Ver: 17.02d

Page:   2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-03802  -DRC | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|
| Case Name: | CIMALA, ROBERT L | Bank Name: | ASSOCIATED BANK |
| | MCLAUGHLIN, ELLEN E | Account Number / CD #: | *******3547  Checking Account |
| Taxpayer ID No: | *******8382 | | |
| For Period Ending: | 05/10/13 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/18/13 | 300003 | 6201 South Grant St. Burr Ridge, IL  60527-5134 Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19114-7346 | 32 25% of Claim 000004A - Secured IRS Robert L. Cimala  SS# XXX-XX-1826 Ellen E. McLaughlin SS# XXX-XX--3820 2009 and 2010 Federal Income Taxes | 4300-000 | | 66,902.00 | 414,859.05 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 484,468.65 | 69,609.60 | 414,859.05 |
| Less:  Bank Transfers/CD's | | 234,468.65 | 0.00 | |
| Subtotal | | 250,000.00 | 69,609.60 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 250,000.00 | 69,609.60 | |

Page Subtotals            0.00            66,902.00

**UST Form 101-7-TFR (5/1/2011)** *(Page: 9)*

LFORM24

Ver:  17.02d

Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 12-03802 -DRC |
| Case Name: | CIMALA, ROBERT L |
| | MCLAUGHLIN, ELLEN E |
| Taxpayer ID No: | *******8382 |
| For Period Ending: | 05/10/13 |

| | |
|---|---|
| Trustee Name: | N. Neville Reid, Trustee |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3619  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/18/12 | 4 | Robert L Cimala | Estate of Debtors - Bank Account | 1110-000 | 774.30 | | 774.30 |
| | | Ellen McLaughlin Cimala | | | | | |
| | | 6201 South Grant Street | | | | | |
| | | Burr Ridge, IL 60527 | | | | | |
| 04/18/12 | 22 | Seyfarth Shaw LLP | Deferred Compensation | 1129-000 | 236,380.00 | | 237,154.30 |
| | | 131 South Dearborn | | | | | |
| | | Suite 2400 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.78 | | 237,155.08 |
| 05/02/12 | 000301 | International Sureties, Ltd. | Blanket Bond Disbursement Premium | 2300-000 | | 109.13 | 237,045.95 |
| | | Suite 420 | | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 2.01 | | 237,047.96 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 301.19 | 236,746.77 |
| 06/12/12 | 000302 | C2Legal of Illinois | Invoice #121531 | 2990-000 | | 490.00 | 236,256.77 |
| | | 20 North Clark, Suite 300 | Copies of document production | | | | |
| | | Chicago, IL 60602 | | | | | |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.93 | | 236,258.70 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 281.04 | 235,977.66 |
| 07/02/12 | 000303 | Real-Time Reporters, Inc. | 4/30/12 Deposition & Transcription | 2990-000 | | 925.00 | 235,052.66 |
| | | 100 West Monroe Street - Suite 2002 | Invoice #9079M | | | | |
| | | Chicago, IL 60603 | | | | | |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 2.00 | | 235,054.66 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 308.87 | 234,745.79 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.86 | | 234,747.65 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 279.00 | 234,468.65 |
| | | 901 MAIN STREET | | | | | |

| | | Page Subtotals | 237,162.88 | 2,694.23 |
|---|---|---|---|---|

Ver: 17.02d

LFORM24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-03802 -DRC | | Trustee Name: | N. Neville Reid, Trustee |
| Case Name: | CIMALA, ROBERT L | | Bank Name: | BANK OF AMERICA, N.A. |
| | MCLAUGHLIN, ELLEN E | | Account Number / CD #: | *******3619  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8382 | | | |
| For Period Ending: | 05/10/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | 9TH FLOOR<br>DALLAS, TX  75283<br>Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 234,468.65 | 0.00 |

|  |  | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|---|
| | COLUMN TOTALS | 237,162.88 | 237,162.88 | 0.00 |
| | Less:  Bank Transfers/CD's | 0.00 | 234,468.65 | |
| | Subtotal | 237,162.88 | 2,694.23 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 237,162.88 | 2,694.23 | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| | TOTAL - ALL ACCOUNTS | | | |
| | Checking Account - ********3547 | 250,000.00 | 69,609.60 | 414,859.05 |
| | Money Market Account (Interest Earn - ********3619 | 237,162.88 | 2,694.23 | 0.00 |
| | | ------------------------- | ------------------------- | ------------------------- |
| | | 487,162.88 | 72,303.83 | 414,859.05 |
| | | ============= | ============= | ============= |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: May 31, 2013 |

Case Number:   12-03802
Debtor Name:   CIMALA, ROBERT L

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| BOND 999 2300-00 | International Sureties, Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | Administrative | | $366.76 | $366.76 | $0.00 |
| 999 2990-00 | Real-Time Reporters, Inc. 100 West Monroe Street, Suite 2002 Chicago, IL 60603 | Administrative | | $1,763.00 | $1,763.00 | $0.00 |
| 999 2990-00 | C2Legal of Illinois 20 North Clark, Suite 300 Chicago, IL 60602 | Administrative | | $490.00 | $490.00 | $0.00 |
| 001 3110-00 | Fox, Swibel, Levin & Carroll, LLP 200 W. Madison Street, Suite 3000 Chicago, Illinois 60606 | Administrative | | $46,632.84 | $0.00 | $46,632.84 |
| 000004A 050 4300-00 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19114-7346 | Secured | | $267,609.00 | $66,902.00 | $200,707.00 |
| 000027 040 5600-00 | Anthony John Carucci Apt. 6 5725 Town Center Drive Granger, IN 46530 | Priority | | $0.00 | $0.00 | $0.00 |
| 000004B 040 5800-00 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19114-7346 | Priority | | $97,201.00 | $0.00 | $97,201.00 |
| 000012A 040 5800-00 | Franchise Tax Board Bankruptcy Section MS A340 Franchise Tax Board Pob 2952 Sacramento,CA 95812 | Priority | | $24,160.29 | $0.00 | $24,160.29 |
| 000023A 040 5800-00 | Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338 | Priority | | $7,212.35 | $0.00 | $7,212.35 |
| 000026 040 5800-00 | Tamara Nguyen 8541 Enfield Ave. Northridge, CA 91325 | Priority | | $0.00 | $0.00 | $0.00 |

| | EXHIBIT C | |
|---|---|---|
| Page 2 | ANALYSIS OF CLAIMS REGISTER | Date: May 31, 2013 |

Case Number:  12-03802  
Debtor Name:  CIMALA, ROBERT L

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | FIRSTMERIT BANK,NA c/o William J. Serritella, Jr. Aronberg Goldgehn Davis & Garmisa 330 North Wabash, Suite 1700 Chicago, IL 60611 | Unsecured | | $374,712.25 | $0.00 | $374,712.25 |
| 000002 070 7100-00 | FIRSTMERIT BANK,NA c/o William J. Serritella, Jr. Aronberg Goldgehn Davis & Garmisa 330 North Wabash, Suite 1700 Chicago, IL 60611 | Unsecured | | $640,561.08 | $0.00 | $640,561.08 |
| 000003 070 7100-00 | Quantum3 Group LLC as agent for World Financial Network Bank PO Box 788 Kirkland, WA 98083-0788 | Unsecured | | $4,263.02 | $0.00 | $4,263.02 |
| 000004C 070 7100-00 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19114-7346 | Unsecured | | $3,480.99 | $0.00 | $3,480.99 |
| 000005 070 7100-00 | US BANK N.A. as Servicer for LEXUS FINANCIAL SERVI BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNATI, OH 45201-5229 | Unsecured | | $397.27 | $0.00 | $397.27 |
| 000006 070 7100-00 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | $35,595.07 | $0.00 | $35,595.07 |
| 000007 070 7100-00 | City of South Bend - Water Works c/o City Attorney's Office 1400 County-City Building South Bend, IN 46601 | Unsecured | | $1,466.22 | $0.00 | $1,466.22 |
| 000008 070 7100-00 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $3,278.00 | $0.00 | $3,278.00 |
| 000009 070 7100-00 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $966.14 | $0.00 | $966.14 |
| 000010 070 7100-00 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $14,909.84 | $0.00 | $14,909.84 |
| 000011 070 7100-00 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $21,163.23 | $0.00 | $21,163.23 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Case Number:   12-03802
Debtor Name:   CIMALA, ROBERT L

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000013 070 7100-00 | Nordstrom fsb P.O. Box 6566 Englewood, CO 80155 | Unsecured | | $4,132.42 | $0.00 | $4,132.42 |
| 000014 070 7100-00 | US Departnment of Education Direct Loan Servicing Center PO BOX 5609 Greenville, TX 75403-5609 | Unsecured | | $123,920.10 | $0.00 | $123,920.10 |
| 000015 070 7100-00 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | Unsecured | | $34,296.82 | $0.00 | $34,296.82 |
| 000016 070 7100-00 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | Unsecured | | $106,217.74 | $0.00 | $106,217.74 |
| 000017 070 7100-00 | Belcorp Financial Services, Inc. Patrick J. Williams,Ek Williams &Provenzale LLC 901 Warrenville Road suite 175 Lisle,IL 60532 | Unsecured | | $390,288.99 | $0.00 | $390,288.99 |
| 000018 070 7100-00 | Merrick Bank Resurgent Capital Services PO Box 10368 Greenville, SC 29603-0368 | Unsecured | | $19,151.81 | $0.00 | $19,151.81 |
| 000019 070 7100-00 | CBeyond 320 Interstate North Pkwy Suite 300 Atlanta, GA 30339 | Unsecured | | $3,333.43 | $0.00 | $3,333.43 |
| 000020 070 7100-00 | BMW Financial Services NA, LLC P.O. Box 201347 Arlington, TX 76006 | Unsecured | | $21,396.08 | $0.00 | $21,396.08 |
| 000021 070 7100-00 | D & R Miller Concrete Inc. c/o Stephen L. Eslinger 224 W. Jefferson Blvd, Suite 517 South Bend, IN 46601 | Unsecured | | $38,698.91 | $0.00 | $38,698.91 |
| 000022 070 7100-00 | Hoosier Foundation, Inc. c/o Stephen L. Eslinger 224 W. Jefferson Blvd., Suite 517 South Bend, IN 46601 | Unsecured | | $47,595.10 | $0.00 | $47,595.10 |
| 000024A 070 7100-00 | Sam Brock Pellerito 54304 Maple Lane South Bend, IN 46635 | Unsecured | | $6,000.00 | $0.00 | $6,000.00 |
| 000024B 070 7100-00 | Sam Brock Pellerito 54304 Maple Lane South Bend, IN 46635 | Unsecured | | $0.00 | $0.00 | $0.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 4                                                                                    Date: May 31, 2013

Case Number:   12-03802                                    Claim Type Sequence
Debtor Name:   CIMALA, ROBERT L

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000025 070 7100-00 | Concordio Vince-Cruz 8926 Lemona Ave. North Hills, CA 91343 | Unsecured | | $1,500.00 | $0.00 | $1,500.00 |
| 000028 070 7100-00 | Zeeland Lumber & Supply Co. c/o Rhoades McKee Attn: Dan E. Bylenga,Jr. 161 Ottawa Ave, NW, Ste 600 Grand Rapids, MI 49503 | Unsecured | | $538,897.80 | $0.00 | $538,897.80 |
| 000029 070 7100-00 | Swiss Plywood Corporation Dykema Gossett PLLC c/o Richard M. Bendix 10 S. Wacker Drive, Suite 2300 Chicago, IL 60606 | Unsecured | | $514,504.53 | $0.00 | $514,504.53 |
| 000030 070 7100-00 | Steven J. Miller c/o Michael L. Ralph Ralph,Schwab & Schiever,Chartered 175 E. Hawthorn Parkway, Suite 345 Vernon Hills, IL 60061 | Unsecured | | $95,385.32 | $0.00 | $95,385.32 |
| 000031 070 7100-00 | Stephen J. Mudjer & Margaret Mudjer c/o Michael L. Ralph Ralph, Schwab, Schiever, Chartered 175 E. Hawthorn Parkway, Suite 345 Vernon Hills, IL 60061 | Unsecured | | $105,983.96 | $0.00 | $105,983.96 |
| 000032 070 7100-00 | Irene Spaletto c/o Michael L. Ralph Ralph, Schwab & Schiever, Chartered 175 E. Hawthorn Parkway, Suite 345 Vernon Hills, IL 60061 | Unsecured | | $10,598.40 | $0.00 | $10,598.40 |
| 000033 070 7100-00 | Danch Harner & Associates, Inc. c/o Mike Danch 1643 Commerce Dr. South Bend, IN 46628 | Unsecured | | $21,912.50 | $0.00 | $21,912.50 |
| 000034 070 7100-00 | NEMETH,FEENY,MASTERS &CAMPITI c/o James A. Masters 211 West Washington, Suite 1800 South Bend, IN 46601 | Unsecured | | $5,175.00 | $0.00 | $5,175.00 |
| 000035 080 7200-00 | Mutual Bank C/O Steven L. Hostetler Esq Thorne Grodnik,LLP Pob 1210 Mishawaka,IN 46546 | Unsecured | | $917,633.42 | $0.00 | $917,633.42 |

Page 5

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: May 31, 2013

Case Number:    12-03802
Debtor Name:    CIMALA, ROBERT L

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|--------|------------------------|-------------|-------|---------------|--------------|---------------|
|        | Case Totals: | | | $4,552,850.68 | $69,521.76 | $4,483,328.92 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-03802
Case Name: CIMALA, ROBERT L
              MCLAUGHLIN, ELLEN E
Trustee Name: N. Neville Reid, Trustee

Balance on hand                                                          $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000004A | Internal Revenue Service | $ | $ | $ | $ |

Total to be paid to secured creditors                    $_____

Remaining Balance                                        $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. Neville Reid, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Fox, Swibel, Levin & Carroll, LLP | $ | $ | $ |
| Attorney for Trustee Expenses: Fox, Swibel, Levin & Carroll, LLP | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |
| Other: Real-Time Reporters, Inc. | $ | $ | $ |
| Other: C2Legal of Illinois | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                                        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $                must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004B | Internal Revenue Service | $ | $ | $ |
| 000012A | Franchise Tax Board | $ | $ | $ |
| 000023A | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to priority creditors        $_____

Remaining Balance        $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $                have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FIRSTMERIT BANK,NA | $ | $ | $ |
| 000002 | FIRSTMERIT BANK,NA | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000005 | US BANK N.A. as Servicer for LEXUS FINANCIAL SERVI | $ | $ | $ |
| 000006 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000007 | City of South Bend - Water Works | $ | $ | $ |
| 000008 | American Express Centurion Bank | $ | $ | $ |
| 000009 | American Express Bank, FSB | $ | $ | $ |
| 000010 | American Express Bank, FSB | $ | $ | $ |
| 000011 | American Express Bank, FSB | $ | $ | $ |
| 000013 | Nordstrom fsb | $ | $ | $ |
| 000014 | US Department of Education | $ | $ | $ |
| 000015 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000016 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000017 | Belcorp Financial Services, Inc. | $ | $ | $ |
| 000018 | Merrick Bank | $ | $ | $ |
| 000019 | CBeyond | $ | $ | $ |
| 000020 | BMW Financial Services NA, LLC | $ | $ | $ |
| 000021 | D & R Miller Concrete Inc. | $ | $ | $ |
| 000022 | Hoosier Foundation, Inc. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000024A | Sam Brock Pellerito | $ | $ | $ |
| 000025 | Concordio Vince-Cruz | $ | $ | $ |
| 000028 | Zeeland Lumber & Supply Co. | $ | $ | $ |
| 000029 | Swiss Plywood Corporation | $ | $ | $ |
| 000030 | Steven J. Miller | $ | $ | $ |
| 000031 | Stephen J. Mudjer & Margaret Mudjer | $ | $ | $ |
| 000032 | Irene Spaletto | $ | $ | $ |
| 000033 | Danch Harner & Associates, Inc. | $ | $ | $ |
| 000034 | NEMETH,FEENY,MASTERS &CAMPITI | $ | $ | $ |
| 000004C | Internal Revenue Service | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance      $_____


Tardily filed claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be            percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000035 | Mutual Bank | $ | $ | $ |

Total to be paid to tardy general unsecured creditors      $_____

Remaining Balance      $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE