# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
CIMALA, ROBERT L § Case No. 12-03802
MCLAUGHLIN, ELLEN E §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that N. Neville Reid, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> Clerk for the U.S. Bankruptcy
> Northern District of Illinois
> 219 South Dearborn Street
> Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 06/28/2013 in Courtroom 4016,
> DuPage County Courthouse
> 505 North County Farm Road
> Wheaton, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/31/2013        By: N. Neville Reid
                                         Trustee


*N. Neville Reid, Trustee*
*200 W. MADISON, SUITE 3000*
*CHICAGO, IL 60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
CIMALA, ROBERT L § Case No. 12-03802
MCLAUGHLIN, ELLEN E §
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 487,162.88 |
| and approved disbursements of | $ | 72,303.83 |
| leaving a balance on hand of[1] | $ | 414,859.05 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000004A | Internal Revenue Service | $ 267,609.00 | $ 267,609.00 | $ 66,902.00 | $ 200,707.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 200,707.00 |
| Remaining Balance | $ | 214,152.05 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: N. Neville Reid, Trustee | $ 27,608.14 | $ 0.00 | $ 27,608.14 |
| Attorney for Trustee Fees: Fox, Swibel, Levin & Carroll, LLP | $ 45,935.00 | $ 0.00 | $ 45,935.00 |
| Attorney for Trustee Expenses: Fox, Swibel, Levin & Carroll, LLP | $ 697.84 | $ 0.00 | $ 697.84 |
| Other: International Sureties, Ltd. | $ 366.76 | $ 366.76 | $ 0.00 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Real-Time Reporters, Inc. | $ 1,763.00 | $ 1,763.00 | $ 0.00 |
| Other: C2Legal of Illinois | $ 490.00 | $ 490.00 | $ 0.00 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 74,240.98 |
| Remaining Balance | $ 139,911.07 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 128,573.64 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004B | Internal Revenue Service | $ 97,201.00 | $ 0.00 | $ 97,201.00 |
| 000012A | Franchise Tax Board | $ 24,160.29 | $ 0.00 | $ 24,160.29 |
| 000023A | Illinois Department of Revenue | $ 7,212.35 | $ 0.00 | $ 7,212.35 |

|  |  |
|---|---|
| Total to be paid to priority creditors | $ 128,573.64 |
| Remaining Balance | $ 11,337.43 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,189,782.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | | Interim Payment to Date | | Proposed Payment | |
|---|---|---|---|---|---|---|---|
| 000001 | FIRSTMERIT BANK,NA | $ | 374,712.25 | $ | 0.00 | $ | 1,331.84 |
| 000002 | FIRSTMERIT BANK,NA | $ | 640,561.08 | $ | 0.00 | $ | 2,276.74 |
| 000003 | Quantum3 Group LLC as agent for | $ | 4,263.02 | $ | 0.00 | $ | 15.15 |
| 000005 | US BANK N.A. as Servicer for LEXUS FINANCIAL SERVI | $ | 397.27 | $ | 0.00 | $ | 1.41 |
| 000006 | Capital One Bank (USA), N.A. | $ | 35,595.07 | $ | 0.00 | $ | 126.52 |
| 000007 | City of South Bend - Water Works | $ | 1,466.22 | $ | 0.00 | $ | 5.21 |
| 000008 | American Express Centurion Bank | $ | 3,278.00 | $ | 0.00 | $ | 11.65 |
| 000009 | American Express Bank, FSB | $ | 966.14 | $ | 0.00 | $ | 3.44 |
| 000010 | American Express Bank, FSB | $ | 14,909.84 | $ | 0.00 | $ | 52.99 |
| 000011 | American Express Bank, FSB | $ | 21,163.23 | $ | 0.00 | $ | 75.22 |
| 000013 | Nordstrom fsb | $ | 4,132.42 | $ | 0.00 | $ | 14.69 |
| 000014 | US Departnment of Education | $ | 123,920.10 | $ | 0.00 | $ | 440.45 |
| 000015 | FIA CARD SERVICES, N.A. | $ | 34,296.82 | $ | 0.00 | $ | 121.90 |
| 000016 | FIA CARD SERVICES, N.A. | $ | 106,217.74 | $ | 0.00 | $ | 377.53 |
| 000017 | Belcorp Financial Services, Inc. | $ | 390,288.99 | $ | 0.00 | $ | 1,387.20 |
| 000018 | Merrick Bank | $ | 19,151.81 | $ | 0.00 | $ | 68.07 |
| 000019 | CBeyond | $ | 3,333.43 | $ | 0.00 | $ | 11.85 |
| 000020 | BMW Financial Services NA, LLC | $ | 21,396.08 | $ | 0.00 | $ | 76.05 |
| 000021 | D & R Miller Concrete Inc. | $ | 38,698.91 | $ | 0.00 | $ | 137.55 |
| 000022 | Hoosier Foundation, Inc. | $ | 47,595.10 | $ | 0.00 | $ | 169.17 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000024A | Sam Brock Pellerito | $ 6,000.00 | $ 0.00 | $ 21.33 |
| 000025 | Concordio Vince-Cruz | $ 1,500.00 | $ 0.00 | $ 5.33 |
| 000028 | Zeeland Lumber & Supply Co. | $ 538,897.80 | $ 0.00 | $ 1,915.40 |
| 000029 | Swiss Plywood Corporation | $ 514,504.53 | $ 0.00 | $ 1,828.70 |
| 000030 | Steven J. Miller | $ 95,385.32 | $ 0.00 | $ 339.03 |
| 000031 | Stephen J. Mudjer & Margaret Mudjer | $ 105,983.96 | $ 0.00 | $ 376.70 |
| 000032 | Irene Spaletto | $ 10,598.40 | $ 0.00 | $ 37.67 |
| 000033 | Danch Harner & Associates, Inc. | $ 21,912.50 | $ 0.00 | $ 77.88 |
| 000034 | NEMETH,FEENY,MASTERS &CAMPITI | $ 5,175.00 | $ 0.00 | $ 18.39 |
| 000004C | Internal Revenue Service | $ 3,480.99 | $ 0.00 | $ 12.37 |

Total to be paid to timely general unsecured creditors     $     11,337.43

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 917,633.42 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000035 | Mutual Bank | $ 917,633.42 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors     $     0.00

Remaining Balance     $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/N. Neville Reid
Trustee

*N. Neville Reid, Trustee*
*200 W. MADISON, SUITE 3000*
*CHICAGO, IL 60606*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-03802-DRC
Robert L Cimala                                                           Chapter 7
Ellen E McLaughlin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mflowers              Page 1 of 5                 Date Rcvd: Jun 04, 2013
                              Form ID: pdf006             Total Noticed: 176

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2013.
```
db/jdb     +Robert L Cimala,    Ellen E McLaughlin,    6201 S. Grant Street,    Burr Ridge, IL 60527-5134
18437193   +609 SB, LLC,    60191 Cedar Road,    Mishawaka, IN 46544-9475
18437195   +Alex Vander Linde,    210 Holmes Avenue,    Clarendon Hills, IL 60514-1418
18437196    American Express,    P.O. Box 981535,    El Paso, TX 79998-1535
18933444    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18926902    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18437197   +Andrew McKeon,    9190 Silverline Drive,    Fairfax Station, VA 22039-3109
18437198   +Ann Cragg,    5024 Bruce Avenue,    Edina, MN 55424-1318
18437199   +Anthony John Carucci,    Apt. 6,    5725 Town Center Drive,    Granger, IN 46530-4426
18437200   #+Ashley Aranha,    1233 Snow Court,    Batavia, IL 60510-4591
18864198    +Asset Management Consultants,    of Virginia, Inc,    12841 Fitzwater Dr,
              Nokesville, VA 20181-2201
18437206   ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,    DUBLIN OH 43016-0306
             (address filed with court:  BMW Financial Services NA, LLC,     P.O. Box 78103,
              Phoenix, AZ 85062-8103)
19021006   +BMW Financial Services NA, LLC,    P.O. Box 201347,    Arlington, TX 76006-1347
18467116   +BMW Financial Services NA, LLC,    c/o Michael Aiken,    Ascension Capital Group,    P.O. Box 201347,
              Arlington, TX 76006-1347
18437207    BMW of North America, LLC,    300 Chestnut Ridge Road,    Woodcliff Lake, NJ 07677-7731
18437202    Bank of America,    PO Box 982238,    El Paso, TX 79998-2238
18437203   +Belcorp Financial Services, Inc.,    Patrick J Williams,Ek Williams,    &Provenzale LLC,
              901 Warrenville Road suite 175,    Lisle,IL 60532-4379
18437204   +Bemmco Hardware,    1909 Ogden Ave.,    Lisle, IL 60532-1504
18437205   +Bill Cowley,    1919 Srathmoor Blvd.,    Louisville, KY 40205-2525
18437210   +Brittany Bowlen,    9 Cherry Hills Drive,    Englewood, CO 80113-4811
18437211    Burns Rent Alls, Inc.,    332 W. Washington Ave.,    Mishawaka, IN 46545
18437216   +CBeyond,    320 Interstate North Pkwy,    Suite 300,    Atlanta, GA 30339-2205
18437212    Cabaret Cabinetry, Inc.,    10409 Vermont Ave,    Hayward, WI 54843
18437213    California Franchise Tax Board,    P.O. Box 942867,    Sacramento, CA 94267-0011
18437214    Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
18910693    Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
18437215   +Caralyn Mezyk,    717 Pasquerilla East,    Notre Dame, IN 46556-5672
18437218    Chase Card Services,    P.O. Box 15298,    Attn: Bankruptcy,    Wilmington, DE 19850-5298
18437217    Chase Card Services,    PO Box 15298,    Att: Bankruptcy,    Wilmington, DE 19850-5298
18437221   +Cimala & Associates, PC,    6201 Grant Street,    Burr Ridge, IL 60527-5134
18437220    Cimala & Associates, PC,    601 Grant Street,    Burr Ridge, IL 60527
18926834    City of South Bend - Water Works,    c/o City Attorney’s Office,    1400 County-City Building,
              South Bend, IN 46601
18437222   +City of South Bend Indiana,    Code Enforcement Division,    227 W Jefferson Blvd, Ste 1400,
              South Bend, IN 46601-1830
18437223   +Claudio Perez,    428 Howard Street,    South Bend, IN 46617-1524
18437224   +Clem Smith Htg & Air Conditioning,    57450 CR 100,    Elkhart, IN 46517-9726
18437225    Comcast,    P.O. Box 3002,    Southeastern, PA 19398-3002
18437226   +Complete Flashings, Inc.,    514 Forest Preserve Drive,    Wood Dale, IL 60191-1908
18437227   +Concord Electric, Inc.,    56299 Bittersweet Rd.,    Mishawaka, IN 46545-7712
18437228   +Concordio Vince-Cruz,    8926 Lemona Ave.,    North Hills, CA 91343-5513
18437229   +Connor White,    1801 Irish Way,    South Bend, IN 46637-5479
18437230   +Consolidated Electrical Distributor,    d/b/a All Phase Electrical Supply,    P.O. Box 450,
              Lima, OH 45802-0450
18437231   +Cris Bok,    49 Spring Street,    Hope Valley, RI 02832-1628
19055295   +D & R Miller Concrete Inc.,    c/o Stephen L. Eslinger,    224 W. Jefferson Blvd, Suite 517,
              South Bend, IN 46601-1825
18437232   +D&R Miller Concrete, Inc.,    8825 W. 350 N,    Shipshewana, IN 46565-9655
18437233   +Dan Zebrowski,    67 Harrison Street,    Verona, NJ 07044-1504
19179924   +Danch Harner & Associates, Inc.,    c/o Mike Danch,    1643 Commerce Dr.,
              South Bend, IN 46628-1502
18437234    Danch Harner & Associates, Inc.,    1634 Commerce Drive,    South Bend, IN 46628
18437235   +Daniel A. Lengacher,    13218 Springfield Center Rd.,    Grabill, IN 46741-9679
18437236   +Daniel Ostendorf,    1002 Miner Street,    South Bend, IN 46617-2032
18437237   +David & Mary Ann Mayo,    1339 Leeper Ave.,    South Bend, IN 46617-1263
18437238   +Dominiack Mechanical Services LLC,    2338 Pebble Creek Ct,    South Bend, IN 46628-4088
18437239   +Drywall Sales & Service, LLC,    4181 Fir Road,    Suite A,    Mishawaka, IN 46545-4027
18437240   +Eagle Point Construction,    845 Griffith St.,    Osceola, IN 46561-3523
18437241   +Eddie’s Landscaping, Inc.,    1632 E. Cass St.,    1A,    Joliet, IL 60432-2871
18437242   +Elizabeth Moore,    1133 5th Avenue,    New York, NY 10128-0123
18437244   +Emily Nickles,    25381 Elderwood,    Lake Forest, CA 92630-6405
18437243   +Emily de Araujo,    974 Dewsenberry Road,    Bronson, MI 49028-9730
18437245   +Energy Saving Insulation, Inc.,    6817 Hobson Valley Drive,    Woodridge, IL 60517-1452
18437246   +Erin Cavanaugh,    8388 SE 50th PL,    Mercer Island, WA 98040-4657
18966901    FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
18620569   +FIRSTMERIT BANK,NA,    c/o William J. Serritella, Jr.,    Aronberg Goldgehn Davis & Garmisa,
              330 North Wabash, Suite 1700,    Chicago, IL 60611-7765
18938886    FRANCHISE TAX BOARD,    PO Box 2952,    Sacramento, CA 95812-2952
```

```
District/off: 0752-1          User: mflowers              Page 2 of 5                   Date Rcvd: Jun 04, 2013
                              Form ID: pdf006             Total Noticed: 176

18437247      +Ferguson Enterprises, Inc.,    1310 Prairie Ave,    South Bend, IN 46613-1604
18437248      +First Merit f/k/a George Washington,     14701 S. Lagrange Road,    Orland Park, IL 60462-3226
19622359      +Franchise Tax Board,    Bankruptcy Section MS A340,     Franchise Tax Board,    Pob 2952,
                Sacramento,CA 95812-2952
18437249      +Garrett Brown,    431 Myrtle Street,    Laguna Beach, CA 92651-1534
18864193       Georgia Department of Revenue,     4545 International Parkway,    Ste A,    Hopeville, GA 30354
18437250      +Goodman and Wallace, P.C.,    P.O. Box 1886,    Edwards, CO 81632-1886
18437251      +Guy Hunt III,    525 Williams Street,    Springfield, IL 62704-2856
18437252      +Gypsum Supply Kalamazoo, Inc.,     2815 Millcork St,    Kalamazoo, MI 49001-4641
18437253      +Hannah Hupp,    1304 Summit Place,    Valparaiso, IN 46385-3345
18437254      +Hitomi Floyd,    4425 SW 52nd Cir.,    Unit 103,    Ocala, FL 34474-9798
18437255       Hoosier Foundation, Inc.,    2265 W 175 N,    Lagrange, IN 46761-9323
19055343      +Hoosier Foundation, Inc.,    c/o Stephen L. Eslinger,     224 W. Jefferson Blvd., Suite 517,
                South Bend, IN 46601-1825
18437256     ++ILLINOIS DEPARTMENT OF REVENUE,     P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,      Bankruptcy Section - Level 7-425,
                100 W. Randolph Street,    Chicago, IL 60601)
19057787       Illinois Department of Revenue,     Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
18437257      +Indiana Michigan Power,    PO Box 24401,    Canton, OH 44701-4401
18437259      +Irene Spaletto,    c/o Michael L. Ralph,    Ralph, Schwab & Schiever, Chartered,
                175 E. Hawthorn Parkway, Suite 345,     Vernon Hills, IL 60061-1460
18437260       J.W. Green Development LLC,    67571 US HIGHWAY 31,     Plymouth, IN 46563
18437261      +James Browning,    315 Napoleon Street,    South Bend, IN 46617-1246
18437262      +Jamie Murray,    49 Welles Lane,    New Canaan, CT 06840-4430
18437263      +Jarrett Knight,    607 Runnymede Rd,    Raleigh, NC 27607-6656
18437264      +Jennifer Lee,    Lewis Hall, Room 206,    Notre Dame, IN 46556-5616
18437265       Joe Yatco,    c/o School of Architecture,     University of Notre Dame,    Notre Dame, IN 46556
18437266     #+Joseph Donovan,    1421 North 143rd Street,     Omaha, NE 68154-3881
18437267      +Joseph H. Bontrager,    6690 W. 550N,    Shipshewana, IN 46565-9793
18437270      +Kathleen Bracke,    2960 15th Avenue,    Moline, IL 61265-3310
18437271      +Katie Rose,    15 Sovereign Circle,    Richmond, TX 77469-2065
18437272      +Kelsey Eckenrode,    1400 Highlands Court,     Columbia, MO 65203-6207
18437273      +Kennedy Collins,    177 Campbell Ave.,    Williston Park, NY 11596-1016
18437274      +Kevin Kershisnik,    2392 E. Tessaridge Drive,     Highlands Ranch, CO 80126-2608
18437275      +Kevin Magas,    18712 Dickens Drive,    Mokena, IL 60448-9355
18437276      +Krieg Devault,    4101 Edison Lakes Pkwy,    Ste. 100,    Mishawaka, IN 46545-3441
18437277       Kristen Figari,    400 Noah Circuit Drive,     Beaumont, TX 77706
18437278      +Legacy Campus Development LLC,     6201 S.Grant Street,    Burr Ridge, IL 60527-5134
18437280      +Legacy Development Construction Inc,     6201 S. Grant Street,    Burr Ridge, IL 60527-5134
18437281      +Legacy Home Builders, Inc.,    6201 South Grant Street,     Burr Ridge, IL 60527-5134
18437282      +Legacy Square Development LLC,     422 N. Northwest Highway,    Suite 150,
                Park Ridge, IL 60068-3261
18437284      +Leo Keliher,    2424 Hoffman Street,    Bronx, NY 10458-6087
18437285      +Leslie Tatlow,    309 Jefferson Drive,    Malvern, PA 19355-3165
18437287      +Lexus Financial Service,    P.O. Box 6630,     Fargo, ND 58125-0001
18437286       Lexus Financial Service,    P.O. Box 8026,     Cedar Rapids, IA 52408-8026
18437288      +Lindora Lopes,    8 Freeborn Street,    Newport, RI 02840-1822
18437289      +Lindsay Gisselman,    5108 Turnberry Ct,    Plainfield, IL 60586-8372
18437290      +Madeline Fox,    1843 Laurinda Drive,    San Jose, CA 95124-5614
18437291     #+Maribeth Juraska,    1233 Snow Court,    Batavia, IL 60510-4591
18864194      +Massachuttes Dept. Of Revenue,     POB 7002,    Boston, MA 02204-7002
18437293      +Masters Irrigation,    418 S. Meade St.,    South Bend, IN 46619-3118
18437294      +Matthew Formica,    73 Morris Ave.,    Haworth, NJ 07641-1303
18437295      +Maureen Ren,    717 Pasquerilla East,    Notre Dame, IN 46556-5672
18437296      +Megan Flaherty,    48048 Andover Drive,    Novi, MI 48374-3469
18437297      +Melanie LaBate,    215 Saint Charles Place,     Pittsburgh, PA 15215-1463
18437298      +Michelle Ferreira,    5405 Lorenza Court,    San Gabriel, CA 91776-2139
18437299      +Mike Altenberger,    9521 Liberty Tree Ln,    Vienna, VA 22182-3406
18437300      +Mutual Bank,    4100 Edison Lakes Parkway,     Mishawaka, IN 46545-3465
19655016      +Mutual Bank,    C/O Steven L. Hostetler Esq,     Thorne Grodnik,LLP,    Pob 1210,
                Mishawaka,IN 46546-1210
18437301      +My New Place,    343 Sansome Street,    Suite 700,    San Francisco, CA 94104-5614
19185857      +NEMETH,FEENY,MASTERS &CAMPITI,     c/o James A. Masters,    211 West Washington, Suite 1800,
                South Bend, IN 46601-1703
18437304      +NIPSCO,   P.O. Box 13007,    Merrillville, IN 46411-3007
18864195       NJ Dept of Taxation,    Bankruptcy Section,     POB 245,    Trention, NJ 08695-0245
18864196       NYS Dept of Taxation &,    Finance,    Bankruptcy Section,    POB 5300,    Albany, NY 12205-0300
18437302       Nemeth, Feeney, Masters & Campiti,     211 W Washington,    Ste. 1800,    South Bend, IN 46601-1703
18437303      +Night Light, Inc.,    148 Eisenhower Lane North,     Lombard, IL 60148-5402
18437306      +Notre Dame Federal Credit Union,     PO Box 7878,    Notre Dame, IN 46556-7878
18437307      +One Touch Automation, Inc.,    316 South Eddy St.,     South Bend, IN 46617-3202
18437308      +Paul Moya,    16 Jaramillo Blvd.,    Los Lunas, NM 87031-5858
18437309      +Pauline Bui,    10771 La Terazza Avenue,    Fountain Valley, CA 92708-3918
18437310      +Platinum-Poolcare Aquatech Ltd,     300 Industrial Lane,    Wheeling, IL 60090-6340
18437311       Plymouth Place Senior Living,     315 North Lagrange Road,    La Grange Park, IL 60526-5695
18437313      +RLC Investments, LLC,    6201 South Grant Street,     Burr Ridge, IL 60527-5134
18437312       Ritz Carlton Club,    100 Bachelor Gulch Trail,     Bachelor Gulch, CO 81620
18437314      +Robin E. O’Brien,    435 Red Coat Lane,    Wayne, PA 19087-1340
18437315      +Ryan Dibble,    315 Napoleon Street,    South Bend, IN 46617-1246
18437316      +Ryan Robinson,    5824 Long Brake Tr 1,    Edina, MN 55439-2622
```

```
District/off: 0752-1          User: mflowers              Page 3 of 5                   Date Rcvd: Jun 04, 2013
                              Form ID: pdf006             Total Noticed: 176

19060163     +Sam Brock Pellerito,    54304 Maple Lane,    South Bend, IN 46635-1623
18437317     +Scott Gerland,    311 Louella Ave.,    Wayne, PA 19087-4803
18864208     +Somerset Investments,    General Partnership,    6201 S Grant St,   Burr Ridge, IL 60527-5134
18437318     +South Bend Water Works,    125 W. Colfax Ave.,    South Bend, IN 46601-1601
18437319      Southwest Insulation, Inc.,    5535 W. 110th St.,    Unit 3,   Woodridge, IL 60517
18437320     +Spalding Design Group, LLC,    106 Linconway,    East Mishawaka, IN 46544-2017
18437321      Stephanie Kurek & Sam Pellerido,    c/o Steve Olsen - Yoder Ainlay,    130 Main St.,
               Etna Green, IN 46524
18437322     +Stephanie Kurek & Sam Pellerito,    c/o Yoder, Ainlay et. al,    130 N Main St.,
               Goshen, IN 46526-3207
18437323     +Stephen J. Mudjer & Margaret Mudjer,    c/o Michael L. Ralph,    Ralph, Schwab, Schiever, Chartered,
               175 E. Hawthorn Parkway, Suite 345,    Vernon Hills, IL 60061-1460
18437324     +Steve Siegfried,    c/o CorseMax, Inc.,    900 West Valley Road,    Wayne, PA 19087-1848
18437325     +Steven Emmons,    d/b/a Construction Resources,    60191 Cedar Rd.,    Mishawaka, IN 46544-9475
18437326     +Steven J. Miller,    c/o Michael L. Ralph,    Ralph,Schwab & Schiever,Chartered,
               175 E. Hawthorn Parkway, Suite 345,    Vernon Hills, IL 60061-1460
18437327     +Swiss Plywood Corporation,    Dykema Gossett PLLC,    c/o Richard M. Bendix,
               10 S. Wacker Drive, Suite 2300,    Chicago, IL 60606-7439
18437328     +T-Squared Associates, Inc.,    Robert Tashijan,    102 E, Mishawaka Ave.,
               Mishawaka, IN 46545-6605
18437329     +Tamara Nguyen,    8541 Enfield Ave.,    Northridge, CA 91325-3813
18864197     +Taxco,    POB 107,   Pikeville, KY 41502-0107
18437330      The Room Place,    World Financial Network Bank,    PO Box 182782,    Columbus, OH 43218-2782
18437331     +Thorne Grodnik, LLP,    420 Lincoln Hwy West,    Mishawaka, IN 46544-1902
18437332     +Tiffany Knipp,    9623 Tunbridge Lane,    Knoxville, TN 37922-3425
18437333     +Travis Pruitt,    1801 Irish Way,    South Bend, IN 46637-5479
18437334      U.S. Department of Education,    Direct Loan Security Center,    PO Box 5609,
               Greenville, TX 75403-5609
18437337     +UPS Masonry, Inc.,    4615 Wisconsin Ave.,    Berwyn, IL 60402-4245
18899769      US BANK N.A. as Servicer for LEXUS FINANCIAL SERVI,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
               CINCINNATI, OH 45201-5229
18962128      US Departnment of Education,    Direct Loan Servicing Center,    PO BOX 5609,
               Greenville, TX 75403-5609
18437335      University of Notre Dame,    Office of VP - University Relations,    405 Main Building,
               Notre Dame, IN 46556-4635
18437336      University of Notre Dame,    Notre Dame, IN 46556
18437338     +VFP Fire Systems,    301 York Avenue N,    Saint Paul, MN 55130-4039
18437339     +Victoria O'Malley,    3272 Stonegate Drive,    Huntington Valley, PA 19006-3734
18437340    #+Victoria Scheid,    1955 Mountain Laurel Circle,    Highlands Ranch, CO 80126-2823
18437341     +Wells Fargo,    PO Box 348750,    Sacramento, CA 95834-8750
18437342      Wells Fargo Bank, NA,    PO Box 4233,    Portland, OR 97208-4233
18437343     +Wells Fargo Home Mortgage,    P.O. Box 10335,    Des Moines, IA 50306-0335
18437344     +West Custom Homes,    15950 Will Cook Road,    Homer Glen, IL 60491-5600
18437345      Westin Club Regina,    Cabos San Lucas,    Mexico
18437346     +Yasunori Hagiwara,    620 Newberry Drive,    Elk Grove Village, IL 60007-2739
18437347     +Zeeland Lumber & Supply Co.,    c/o Rhoades McKee,    Attn: Dan E. Bylenga,Jr.,
               161 Ottawa Ave, NW, Ste 600,    Grand Rapids, MI 49503-2793

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18437194     +E-mail/Text: bkr@cardworks.com Jun 05 2013 03:24:41      Advanta Bank Corp,    P.O. Box 9217,
               19191,    Old Bethpage, NY 11804-9017
18437258     +E-mail/Text: cio.bncmail@irs.gov Jun 05 2013 02:45:37      Internal Revenue Service,
               P.O. Box 7346,    Philadelphia, PA 19101-7346
18996909      E-mail/Text: bkr@cardworks.com Jun 05 2013 03:24:41      Merrick Bank,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
18437305     +E-mail/Text: bnc@nordstrom.com Jun 05 2013 02:53:16      Nordstrom Bank,    PO Box 6555,
               Englewood, CO 80155-6555
18960378     +E-mail/Text: bnc@nordstrom.com Jun 05 2013 02:53:16      Nordstrom fsb,    P.O. Box 6566,
               Englewood, CO 80155-6566
18836587      E-mail/Text: bnc-quantum@quantum3group.com Jun 05 2013 03:33:38
               Quantum3 Group LLC as agent for,    World Financial Network Bank,    PO Box 788,
               Kirkland, WA  98083-0788
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Fox, Hefter, Swibel, Levin & Carroll, LLP
18938764*     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
18938763*     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
18437283*    +Legacy Square Development, LLC,    422 N. Northwest Highway,    Suite 150,
               Park Ridge, IL 60068-3261
18437201    ##Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
18437208    ##+Brandon Karas,    2714 York Court,    Southlake, TX 76092-8871
18437209    ##+Brendan Ward,    244 23rd Avenue,    Brick, NJ 08724-1802
18437219    ##+Chris Jay Miller,    Millen & Lehman, LLC,    3920 N. State Road 5,    Shipshewana, IN 46565-9006
18437268    ##+Justin Buol,    3273 Edmonton Dr.,    Sun Prairie, WI 53590-4226
18437269    ##+Katelyn Lentz,    5100 Crestwood Lane,    Ellicott City, MD 21043-7072
18437278    ##+Laura Hemington,    185 Hanna Way,    Menlo Park, CA 94025-3581
18437292    ##+MaryJo & J. Paul McPherson III,    834 Blackburn Road,    Sewickley, PA 15143-1489
                                                                                 TOTALS: 1, * 3, ## 8
```

```
District/off: 0752-1          User: mflowers             Page 4 of 5            Date Rcvd: Jun 04, 2013
                              Form ID: pdf006            Total Noticed: 176
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 06, 2013**                          **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1           User: mflowers              Page 5 of 5                   Date Rcvd: Jun 04, 2013
                               Form ID: pdf006             Total Noticed: 176
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2013 at the address(es) listed below:

        Brianna M Sansone    on behalf of Creditor    FirstMerit Bank, N.A., as successor in interest to the FDIC, as receiver of Midwest Bank and Trust Company bsansone@agdglaw.com, wserritella@agdglaw.com;molson@agdglaw.com

        Chester H. Foster, Jr.    on behalf of Debtor Robert L Cimala chf@fosterlegalsvcs.com, dbf@fosterlegalservices.com

        Chester H. Foster, Jr.    on behalf of Joint Debtor Ellen E McLaughlin chf@fosterlegalsvcs.com, dbf@fosterlegalservices.com

        Dan E. Bylenga, Jr.    on behalf of Creditor    Zeeland Lumber & Supply Co. ecf-deby@rhoadesmckee.com

        Elizabeth Gayle Peterson    on behalf of Trustee N. Neville Reid epeterson@fslc.com, docket@fslc.com;bkdocket@fslc.com

        Maria A Diakoumakis    on behalf of Creditor    Swiss Plywood Corp. mdiakoumakis@dykema.com, DocketCH@dykema.com

        N. Neville Reid    nreid@fslc.com, nreid@ecf.epiqsystems.com

        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        Richard M Bendix, Jr    on behalf of Creditor    Swiss Plywood Corp. rbendix@dykema.com, nrakunas@dykema.com

        Yanick  Polycarpe    on behalf of Creditor    Wells Fargo Bank, N.A. ypolycarpe@atty-pierce.com, northerndistrict@atty-pierce.com

        TOTAL: 10